**(Official Form 1)  (10/05)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**E. L. Fasel & Sons** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): **36-2892705** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |

| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**7 South 882 Camp Dean Rd.**<br>**Big Rock, IL** | ZIPCODE<br>**60511** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): | ZIPCODE |
|---|---|---|---|
| County of Residence or of the Principal Place of Business:<br>**Kane** | | County of Residence or of the Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address) | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**7 South 882 Camp Deon Rd.**<br>**Big Rock, IL** | ZIPCODE<br>**60511** |
|---|---|

| Type of Debtor (Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check all applicable boxes.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br>State type of entity: | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3) | ☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      ☐ Chapter 12          of a Foreign Main Proceeding<br>☐ Chapter 13      ☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| | Nature of Debts (Check one box) |
|---|---|
| | ☐ Consumer/Non-Business      ☑ Business |

| Filing Fee (Check one box) | Chapter 11 Debtors: |
|---|---|
| ☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**(Official Form 1)  (10/05)**                                                                 FORM B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **E. L. Fasel & Sons** |

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)

| Location<br>Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X _____
    Signature of Attorney for Debtor(s)        Date

</td>
</tr>
<tr>
<td>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

</td>
<td>

**Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)**

☐  I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition

☐  I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

</td>
</tr>
</table>

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Statement by a Debtor Who Resides as a Tenant of Residential Property

*Check all applicable boxes.*

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

*(Name of landlord or lessor that obtained judgment)*

_____

*(Address of landlord or lessor)*

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Official Form 1)  (10/05)                                                          **FORM B1**, Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**E. L. Fasel & Sons**

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor
**(630) 885-8807**
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition. A certified copy of the order granting recognition is attached.

(Check one box only)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

X _____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

X **/s/ Ed Varga**
Signature of Attorney for Debtor(s)

**Ed Varga 06202045**
Printed Name of Attorney for Debtor(s)

**Attorney Edward J. Varga**
Firm Name

**1700 N Farnsworth Ave  Suite 12**
Address

**Aurora, IL  60505**

**(630) 820-0333**
Telephone Number

**February  2, 2006**
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Ed Fasel**
Signature of Authorized Individual

**Ed Fasel**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**February  2, 2006**
Date

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**

**Northern District of Illinois**

**IN RE:**                                                                                          Case No. _____

**E. L. Fasel & Sons** _____   Chapter **7** _____

Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **3,000.00**

Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **3,000.00**

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ **0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:  ☐ Debtor   ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.   ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February  2, 2006**                                  **/s/ Ed Varga**
_____                    _____
Date                                                          Signature of Attorney

                                                    **Attorney Edward J. Varga**
                                                    _____
                                                    Name of Law Firm

---

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                Case No. _____

**E. L. Fasel & Sons** _____   Chapter **7** _____
                        Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

|  |  |  | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | $          0.00 | | |
| B - Personal Property | Yes | 3 | $    147,373.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $    26,229.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $          0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $  2,069,666.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 28 | $    147,373.00 | $  2,095,895.00 | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE E. L. Fasel & Sons                Case No. _____

Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant , community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| None | | | | |
| | | TOTAL | 0.00 | |

(Report also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **E. L. Fasel & Sons** _____   Case No. _____
                              Debtor(s)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(3). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Accounts receivable | | 30,423.00 |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **E. L. Fasel & Sons**
_____
Debtor(s)

Case No. _____

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) in customer lists or similar compilations provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office Furniture/equipment** | | **2,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1 Posatron D205 100 G.P.M. fertilizer injector and 2 Posatron D1 16 11 G.P.M.** **fertilizer injectors** | | **100.00** |
| | | **13 Steel tracking carts and 4-wooden hay racks** | | **1,300.00** |
| | | **18" Gantry Extension** | | **50.00** |
| | | **1989 Isuzu FSR dump truck** **(working)** | | **5,000.00** |
| | | **1990 IH Case 885 tractor with front loader** | | **7,000.00** |
| | | **1992 IH 595 Case front end loader** | | **7,000.00** |
| | | **1994 Hino FF3020 24' truck body** | | **10,000.00** |
| | | **1994-New Holland L 785 skid steer loader SN 837128** | | **10,000.00** |
| | | **1994-New Holland LT 885 72" bucket skid steer** | | **10,000.00** |
| | | **1997-Kubota L2 900 DT tractor** | | **3,000.00** |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE E. L. Fasel & Sons _____    Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1999 GMC Model W45042 18' van box | | 2,500.00 |
| | | 1999 GMC Model W45042 van box (not operable) | | 1,500.00 |
| | | 2000 Ford F-350 Super Van (140 K miles) | | 800.00 |
| | | 2004 Chevrolet Astro Van (owes GMAC 4,200) | | 10,000.00 |
| | | 2004 Ford E-450 SD Cube Van (owes ford mtr credit 22 k) | | 22,000.00 |
| | | 3-Ruh Elston Propane Heaters (5' tall)    ($50.00 each) | | 150.00 |
| | | 42' Great Dane trailer with refridgeeration unit (not working) | | 500.00 |
| | | Bouldin & Lawson shrub potter | | 500.00 |
| | | Bouldin & Lawson soil conveyor belt | | 100.00 |
| | | Case IH385 Tractor-SN 19579 | | 2,000.00 |
| | | Case IH385 Tractor-SN 19700 | | 2,000.00 |
| | | Grading blade for tractor-three point hitch | | 100.00 |
| | | Greenhouse inventory @ cost | | 1,000.00 |
| | | Hardi ES30 Sprayer | | 200.00 |
| | | Jiffy row baller and buckets | | 500.00 |
| | | Kubota G1800 Diesel tractor/mower | | 1,000.00 |
| | | Kubota rotary 650 tiller 20" #8820P SN 41 | | 2,000.00 |
| | | Misc. materials/inventory | | 5,000.00 |
| | | Nursery inventory @ cost | | 9,300.00 |
| | | One Johnson base radio and three Kenwood hand-held radios | | 100.00 |
| | | Soil bag rack | | 100.00 |
| | | Subject Wills computer | | 50.00 |
| | | Ten 10-button phone sets | | 100.00 |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **147,373.00** |

_____ **0** continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

(Include amounts from any continuation sheets attached.)
Report total also on Summary of Schedules.)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  E. L. Fasel & Sons _____     Case No. _____
                        Debtor(s)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $125,000.
(Check one box)

☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **E. L. Fasel & Sons**

_____   Case No. _____
Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child." and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL · · · · · · UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. **00000037761973**<br><br>**Ford Credit**<br>**P.O. BX. 790093**<br>**St. Louis, MO  63179** | | | **2004-Debt/RE: 2004  Ford E-450 SD Cube Van**<br><br><br>Value $        **22,000.00** | | | | **22,029.00**<br>· · · · · ·<br>**29.00** |
| Account No. **154-9061-18883**<br><br>**GMAC**<br>**P.O. BX. 9001719**<br>**Louisville, KY  40290** | | | **2005-Debt /RE. 2004 Chevrolet Astro van**<br><br><br>Value $        **10,000.00** | | | | **4,200.00**<br>· · · · · · |
| Account No. | | | <br><br>Value $ | | | | · · · · · · |
| Account No. | | | <br><br>Value $ | | | | · · · · · · |

**0** continuation sheets attached

Subtotal
(Total of this page)   **26,229.00**

(Use only on last page of the completed Schedule D)  **TOTAL**   **26,229.00**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

IN RE **E. L. Fasel & Sons** _____     Case No. _____

Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "HWJC." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **E. L. Fasel & Sons**
_____       Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Advance Material Services**<br>**435 Pennsylvania Av. Suite 604**<br>**Glen Ellen, IL  60137** | | | **2004-Debt** | | | | **1,080.00** |
| Account No. **5477-5364-9545-0013**<br>**Advanta**<br>**P.O. BX. 8088**<br>**Philidelphia, PA  19101** | | | **2005-Credit Card** | | | | **42,799.00** |
| Account No.<br>**Agri Gold Inc.**<br>**P.O. BX 394**<br>**Olton, TX  79064** | | | **2005-Debt** | | | | **2,030.00** |
| Account No.<br>**Alpine Floral**<br>**4124 Alppine Av. N.W.**<br>**Comstock Park, MI  49321** | | | **2005-Debt** | | | | **19,428.00** |
| Account No. **3722-614504-01003**<br>**American Express**<br>**P.O. BX. 360002**<br>**Ft. Lauderdale, FL  33336** | | | **2005-Credit Card**<br>**33336-0002** | | | | **7,068.00** |

**16** continuation sheets attached

| | |
|---|---|
| Subtotal (Total of this page) | **72,405.00** |
| (Use only on last page of the completed Schedule F) **TOTAL** | |

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE E. L. Fasel & Sons _____   Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Armintrouts Nursery**<br>**1156 Lincoln Rd.**<br>**Alligan, MI  49010** | | | **2004-Debt** | | | | **65,231.00** |
| Account No. **212108**<br>**Arthur B. Adler & Associates**<br>**Niagara Growers Network**<br>**25 E. Washington St.  Suite 500**<br>**Chicago, IL  60602** | | | **2002-Debt** | | | | **109,130.00** |
| Account No.<br>**B A Florist**<br>**1000 W. Randolph St.**<br>**Chicago, IL  60607** | | | **2005-Debt** | | | | **1,115.00** |
| Account No.<br>**Baker, Govern, Baker**<br>**River City Landscape Supply**<br>**7771 W. Oakland Park Blvd.  Suite 240**<br>**Ft. Lauderdale, FL  33351** | | | **2005-debt** | | | | **2,834.00** |
| Account No. **4319-0410-0903-2634**<br>**Bank Of America**<br>**P.O. BX. 1758**<br>**Newark, NJ  07101** | | | **2004-Credit Card** | | | | **9,596.00** |
| Account No.<br>**Barge Lerminal**<br>**P.O. BX. 636**<br>**Oswego, IL  60543** | | | **2005-Debt** | | | | **600.00** |
| Account No. **ELF00001**<br>**BFG Supply Co.**<br>**P.O. BX. 479**<br>**Burton, OH  44021** | | | **2005-Debt** | | | | **1,519.00** |

Sheet no. _____**1** of_____**16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **190,025.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE  E. L. Fasel & Sons _____  Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**BFG Supply Co.**<br>**14500 Kinsman**<br>**Burton, OH  44021** | | | **2004-Debt** | | | | 1,519.00 |
| Account No.<br>**Bluff Cnuk**<br>**P.O. BX. 314**<br>**Hinsdale, IL  60522** | | | **2005-Debt** | | | | 6,483.00 |
| Account No.<br>**Bordiers Nursery**<br>**P.O. BX. 512165**<br>**Los Angeles, CA  90051** | | | **2005-Debt** | | | | 9,448.00 |
| Account No. **4987496900**<br>**BP Amoco**<br>**P.O. BX. 9076**<br>**Des Moines, IA  50368** | | | **2005-Credit Card** | | | | 1,489.00 |
| Account No.<br>**BRK Nurseries**<br>**P.O. BX. 147**<br>**Onarga, IL  60955** | | | **2004-Debt** | | | | 2,184.00 |
| Account No. **4791-2423-6631-7181**<br>**Capitol One**<br>**P.O. Bx. 790217**<br>**St. Louis, MO  63179** | | | **2005-Credit Card** | | | | 3,759.00 |
| Account No. **4115-0725-1334-6851**<br>**Capitol One Bank**<br>**P.O. Bx. 790217**<br>**St. Louis, MO  63179** | | | **2005-Credit Card** | | | | 805.00 |

Sheet no. _____**2**___ of _____**16**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **25,687.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE E. L. Fasel & Sons _____    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4791-2424-0654-9314**<br>**Capitol One Bank**<br>**P.O. Bx. 790217**<br>**St. Louis, MO 63179** | | | **2005-Credit Card** | | | | 2,226.00 |
| Account No.<br>**Carlin Sales**<br>**8964 N. 51st. St.**<br>**Milwaukee, WI 53223** | | | **2005-Debt** | | | | 10,000.00 |
| Account No. **03 AR K 1819**<br>**Carlin Sales**<br>**McMahan & Sigunick**<br>**216 W. Jackson Blvd. Suite 900**<br>**Chicago, IL 60606** | | | **2005-Judgement** | | | | 10,453.00 |
| Account No.<br>**Cintas First Aid**<br>**1071 Judson St.**<br>**Bensonville, IL 60106** | | | **2005-Debt** | | | | 388.00 |
| Account No.<br>**Citgo**<br>**P.O. BX. 2224**<br>**Birmingham, AL 35246** | | | **2005-Debt** | | | | 2,369.00 |
| Account No.<br>**CNA Trust**<br>**3080 S. Bristal**<br>**Costa Mesa, CA 92626** | | | **2005-Debt** | | | | 1,830.00 |
| Account No. **603518-55036-01812**<br>**CNH Capital**<br>**Dept. 10460**<br>**Palatine, IL 60055** | | | **2004-Credit Card** | | | | 7,102.00 |

Sheet no. ____**3**____ of ____**16**____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          34,368.00

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE E. L. Fasel & Sons _____   Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **504393-113-660-3200**<br>**CNH Capitol**<br>**Dept. CH 10460**<br>**Palitine, IL  60055** | | | **2005-Credit Card** | | | | **8,253.00** |
| Account No. **2149639003**<br>**Com Ed**<br>**Bill Pymt Cntr**<br>**Chicago, IL  60668** | | | **2005-Debt** | | | | **1,605.00** |
| Account No.<br>**Country Companies**<br>**P.O. BX. 2100**<br>**Bloomington, IL  61702** | | | **2005-Debt** | | | | **29,471.00** |
| Account No.<br>**Cummins & Cronin, L.L.C.**<br>**Good Earth Greenhouse, L.L.C.**<br>**77  W. Wacker Dr.   Suite 4800**<br>**Chicago, IL  60601** | | | **2005-Debt**<br>**A24627, A24628, A24629, A24630, A24631, A24632** | | | | **12,212.00** |
| Account No.<br>**DE Vroomen**<br>**P.O. BX. 189**<br>**Russell, IL  60075** | | | **2005-Debt** | | | | **8,738.00** |
| Account No.<br>**Dix Greenhouse**<br>**1016 Kuptone Dr.**<br>**Park Hills, MO  63601** | | | **2004-Debt** | | | | **65,289.00** |
| Account No.<br>**Dreyer Clinic**<br>**1870 W. Galena Blvd.**<br>**Aurora, IL  60506** | | | **2005-Debt** | | | | **533.00** |

Sheet no. _____**4** of_____ **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **126,101.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** E. L. Fasel & Sons

_____    Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **05 L K 451**<br>**Edward L. Fasel**<br>**William Truemper**<br>**1700 N. Farnsworth    Suite 11**<br>**Aurora, IL  60505** | | | **2005 Judgement** | | | | **836,685.00** |
| Account No.<br>**Fairview Nursery**<br>**P.O. BX. E**<br>**Fairview, IL  16415** | | | **2004-Debt** | | | | **3,352.00** |
| Account No.<br>**Flora  Pak**<br>**4019 Thirteenth St.**<br>**Ontario,    L0R1S0** | | | **2004-Debt** | | | | **7,801.00** |
| Account No.<br>**Florists Muture**<br>**P.O. BX. 807002**<br>**Kansas City, MO  64180** | | | **2004-Debt** | | | | **300.00** |
| Account No.<br>**Fox Valley Growers**<br>**P.O. BX. 69**<br>**La Fox, IL  60147** | | | **2005-Debt** | | | | **3,227.00** |
| Account No. **5569-5399-9922-4024**<br>**G E Capital Finance**<br>**P.O. BX. 410426**<br>**Salt Lake City, UT  84141** | | | **2004-Credit Card** | | | | **13,554.00** |
| Account No.<br>**Gerdis Greenhouse**<br>**1442 S. Division St.**<br>**Harvard, IL  60033** | | | **2005-Debt** | | | | **0.00** |

Sheet no. ____**5**____ of ____**16**____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **864,919.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE E. L. Fasel & Sons _____   Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Good Earth Greenhouse** 20212 W. Reniwich Rd. Lockport, IL  60441 | | | 2004-Debt | | | | 10,212.00 |
| Account No. **Great Western Bay** 1416-18-N. Broadway St.Louis, MO  63102 | | | 2004-Debt | | | | 4,036.00 |
| Account No. **Gregory Floral** 1464 Gregory Rd. St. Catherinis, ON  L2R 6P9 | | | 2004-Debt | | | | 12,061.00 |
| Account No. **H.M. Burley** P.O. BX. 1237 Springfield, IL  62705 | | | 2005-Debt | | | | 3,746.00 |
| Account No. **Henri Studios** P.O. BX. 4756 Carol Stream, IL  60197 | | | 2004-Debt | | | | 848.00 |
| Account No. **Hills Creek Nursery** 826 Hills Creek Rd. McMinoville, TN  37110 | | | 2004-Debt | | | | 3,141.00 |
| Account No. **Hinckly Auto Parts** 228 W. Lincoln Hinckley, IL  60520 | | | 2005-Debt | | | | 472.00 |

Sheet no. _____**6** of_____**16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **34,516.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE E. L. Fasel & Sons _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6035-3225-0307-5057** <br> **Home Depot** <br> **P.O. BX. 6031** <br> **The Lakes, NV  88901** | | | **2004-Debt** | | | | 8,579.00 |
| Account No. <br> **Hortculture Sales** <br> **P.O. BX. 501524** <br> **San Deigo, CA  92150** | | | **2004-Debt** | | | | 5,286.00 |
| Account No. **01 L 629** <br> **Huck, Bouma,Martin, Jones& Bradshaw, P.C** <br> **Dix Greenhouse, Inc.** <br> **1755 S. Naperville Rd. Suite 200** <br> **Wheaton, IL  60187** | | | **2003-Debt** | | | | 81,410.00 |
| Account No. **8648-7** <br> **Huck, Bouma,Martin, Jones& Bradshaw, P.C** <br> **Carlin Sales Co.** <br> **1755 S. Naperville Rd. Suite 200** <br> **Wheaton, IL  60187** | | | **2005-Debt** | | | | 5,175.00 |
| Account No. <br> **Huck, Bouma,Martin, Jones& Bradshaw, P.C** <br> **1755 S. Naperville Rd. Suite 200** <br> **Wheaton, IL  60187** | | | **2004-Debt** | | | | 25,281.00 |
| Account No. <br> **Industrail Motors** <br> **2000 Allbright Rd.** <br> **Montgomery, IL  60538** | | | **2005-Debt** | | | | 707.00 |
| Account No. **05 SCK 501** <br> **James M. Bolz** <br> **Midwest Trading Horticultural Supplies,** <br> **895 W. Main St.** <br> **West Dundee, IL  60118** | | | **2005-Debt** | | | | 3,132.00 |

Sheet no. _____**7** of_____**16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 129,570.00

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**IN RE** E. L. Fasel & Sons _____    Case No. _____
                                                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **03-3098-CZ**<br>**Jeffrey W. Buckman**<br>**Woodenshoe Greenhouses, Inc.**<br>**44 E. 8th St.  Suite 215**<br>**Holland, MI  49423** | | | 2003-Debt | | | | 132,505.00 |
| Account No.<br>**John Henry Co.**<br>**5800 W. Grand River Rd.  P.O. BX. 17099**<br>**Lansing, MI  48901** | | | | | | | 0.00 |
| Account No.<br>**John S. Duncan**<br>**Mid-American Growers, Inc.**<br>**P.O. BX. 539**<br>**La Salle, IL  61301** | | | 2003-Debt | | | | 26,775.00 |
| Account No.<br>**KCSM, Inc**<br>**1240 S Federaql Hwy**<br>**Boynton Beach, FL  33435** | | | 2005-Debt | | | | 2,411.00 |
| Account No.<br>**Keller & Runde**<br>**Wolke Nursery**<br>**214 W. Jefferson Av.  P.O. BX. 525**<br>**Effingham, IL  62401** | | | 2005-Debt | | | | 23,531.00 |
| Account No. **0000332**<br>**Kinard & Associates**<br>**White Premium Organics**<br>**P.O. BX. 2452**<br>**Ridgeland, MS  39158** | | | 2003-Debt | | | | 3,455.00 |
| Account No.<br>**Kraemer Nursery**<br>**13523 Marguam  Rd. NE**<br>**Mt. Angel, OR  97362** | | | 2004-Debt | | | | 27,172.00 |

Sheet no. _____**8** of_____**16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **215,849.00**

(Complete only on last sheet of Schedule F)  **TOTAL**   _____

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE E. L. Fasel & Sons _____   Case No. _____
                              Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Lake Street Supply** <br> **1810 W. Lake St.** <br> **Chicago, IL  60612** | | | 2004-Debt | | | | 7,560.00 |
| Account No. <br> **Long Johns Floral** <br> **4038 Westridge Av.  P.O. BX. 124** <br> **Kalamazoo, MI 49004** | | | 2004-Debt | | | | 11,765.00 |
| Account No. <br> **M & M Greenhouses** <br> **2127 SW Danforth Circle** <br> **Palm City, FL  34990** | | | 2004-Debt | | | | 750.00 |
| Account No. <br> **Mast Greenhouses** <br> **21536 Wolf Rd. P.O. BX. 603** <br> **Frankfort, IL  60423** | | | 2005-Debt | | | | 4,682.00 |
| Account No. **Fasel** <br> **McHutchison** <br> **64 Mountain View Blvd.** <br> **Wayne, NJ  07470** | | | 2003-Debt | | | | 12,646.00 |
| Account No. <br> **Mid American Growers** <br> **R R 1  P.O. BX. 36** <br> **Gainville, IL  61326** | | | 2004-Debt | | | | 776.00 |
| Account No. <br> **Midwest Trading** <br> **P.O. BX. 1005** <br> **St. Charles, IL  60174** | | | 2004-Debt | | | | 867.00 |

Sheet no. _____**9**____ of _____**16**____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **39,046.00**

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE E. L. Fasel & Sons
_____
Debtor(s)

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Molesta Floral**<br>**2960 Madison Av. S.E.**<br>**Grand Rapids, MI  49548** | | | **2004-Debt** | | | | 4,066.00 |
| Account No.<br>**Morning Star Nursery**<br>**P.O. BX. 180**<br>**Rivis, TN  38253** | | | **2005-Debt** | | | | 9,794.00 |
| Account No.<br>**Niagasa Growers**<br>**111 Towrck Av.   Suite 366**<br>**St. Catherinis, ON  L2R 6P9** | | | **2005-Debt** | | | | 43,670.00 |
| Account No. **5071724032**<br>**Nicor Gas**<br>**P.O. BX. 310**<br>**Aurora, IL  60507** | | | **2004-Debt** | | | | 12,612.00 |
| Account No.<br>**Northern Christmas Trees**<br>**2744 Willoughby Lake Rd.**<br>**Brownington, VT  05860** | | | **2004-Debt** | | | | 4,979.00 |
| Account No.<br>**O.F. Nelson**<br>**2300 Sheeler Rd.**<br>**Apapka, IL  32703** | | | **2005-Debt** | | | | 1,010.00 |
| Account No. **6011-5642-0177-9955**<br>**Office Depot**<br>**P.O. BX. 689020**<br>**Des Moines, IA  50368** | | | **2005-Debt** | | | | 339.00 |

Sheet no. ____**10**____ of _____**16**_____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **76,470.00**

(Complete only on last sheet of Schedule F)  **TOTAL**  _____

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE E. L. Fasel & Sons _____ Case No. _____

                        Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Paychex**<br>**P.O. BX. 4482**<br>**Carol Stream, IL  60197** | | | **2004-Debt** | | | | **300.00** |
| Account No. **192-009-6060**<br>**Phillips 66**<br>**P.O. BX. 689061**<br>**Des Moines, IA  50368** | | | **2004-Credit Card** | | | | **8,573.00** |
| Account No.<br>**Poplar Farms**<br>**39 W. 100 Main St.**<br>**Batavia, IL  60510** | | | **2004-Debt** | | | | **21,256.00** |
| Account No.<br>**Quality Gladiolis Gardens**<br>**P.O. BX. 458**<br>**Jonesboro, AR  72403** | | | **2005-Debt** | | | | **1,738.00** |
| Account No. **12780425-M1**<br>**R.M.S.**<br>**Gregory Floral, Inc.**<br>**P.O. BX. 6600 Station A**<br>**Mississauga, ON  L5A 4M6** | | | **2005-Debt** | | | | **12,061.00** |
| Account No.<br>**Rambo Nurseries**<br>**10495 Baldwin Rd.**<br>**Bridgman, MI  49106** | | | **2005-Debt** | | | | **1,124.00** |
| Account No.<br>**RCOP**<br>**45W464 Ramm Rd.**<br>**Maple Park, IL  60151** | | | **2005-Debt** | | | | **1,679.00** |

Sheet no. _____**11** of _____**16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **46,731.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE E. L. Fasel & Sons

_____    Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Richardson Brothers** <br> **501 Cumberland Rd.  P.O. BX. 96** <br> **St. Elmo, IL  62458** | | | 2004-Debt | | | | 1,437.00 |
| Account No. <br> **River City Landscape** <br> **200 N. Broadway   Suite 1725** <br> **St. Louis, MO  63102** | | | 2004-Debt | | | | 2,500.00 |
| Account No. <br> **Ron Closen Ornamental** <br> **45 W. 464 Ramon Rd.** <br> **Maple Park, IL  60151** | | | 2005-Debt | | | | 1,679.00 |
| Account No. <br> **Sandwich Country Greenhouse** <br> **17565 Wagner Rd.** <br> **Sandwich, IL  60548** | | | 2005-Debt | | | | 1,369.00 |
| Account No. <br> **Sawyer Nursery** <br> **5401 Port Sheldon Rd.** <br> **Hadsonville, MI  49426** | | | 2004-Debt | | | | 4,403.00 |
| Account No. <br> **Schefer Greenhouse** <br> **P.O. BX. 1595** <br> **Aurora, IL  60507** | | | 2004-Debt | | | | 2,052.00 |
| Account No. <br> **Serpindipity Nursery** <br> **8400 S. Sconee Rd.** <br> **Canby, OR  97013** | | | 2004-Debt | | | | 3,439.00 |

Sheet no. ____**12**____ of _____**16**____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **16,879.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE E. L. Fasel & Sons
_____   Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Shermin Nursery**<br>**4 N. 755 Lombard Rd.   P.O. BX. 857**<br>**Addison, IL  60101** | | | 2004-Debt | | | | 3,431.00 |
| Account No.<br>**Sixkuik Garden**<br>**998 Corporate Rd.**<br>**Aurora, IL  60504** | | | 2005-Debt | | | | 3,615.00 |
| Account No.<br>**Small Business Siluh**<br>**998 Corporate Rd.**<br>**Auora, IL  60504** | | | 2004-Debt | | | | 560.00 |
| Account No. **20050542**<br>**Solomon & Leadley**<br>**Sawyer Nursery**<br>**320 E. Indian Trail**<br>**Aurora, IL  60505** | | | 2005-Debt | | | | 4,403.00 |
| Account No. **01 LM K 01726**<br>**Solomon & Leadley**<br>**Fairview Evergreen Nurseries, Inc**<br>**320 E. Indian Trail**<br>**Aurora, IL  60505** | | | 2004-Debt | | | | 5,198.00 |
| Account No. **02 AR 01376**<br>**Solomon & Leadley**<br>**Flora Pack Inc.**<br>**320 E. Indian Trail**<br>**Aurora, IL  60505** | | | 2002-Debt | | | | 20,469.00 |
| Account No.<br>**Star Rose**<br>**P.O. BX. 249**<br>**Cutler, CA  93615** | | | 2005-Debt | | | | 1,820.00 |

Sheet no. _____**13**_____ of _____**16**_____ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) — 39,496.00

(Complete only on last sheet of Schedule F)  **TOTAL**
(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE E. L. Fasel & Sons                                                    Case No. _____
_____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Starks Bros**<br>**P.O. BX. 398**<br>**Lousiana, MO  63353** | | | 2004-Debt | | | | 10,489.00 |
| Account No.<br>**Summerville Nursery**<br>**183 Summerville Ln.**<br>**McMinnville, TN  37110** | | | 2004-Debt | | | | 5,396.00 |
| Account No. **1636**<br>**Superior Diesel Inc.**<br>**350 W. Lincoln Hwy. P.O. BX. 188**<br>**Waterman, IL  60556** | | | 2005-Debt | | | | 666.00 |
| Account No.<br>**Supierior Daisee**<br>**350 W. Lincoln Hwy**<br>**Waterman, IL  60556** | | | 2004-Debt | | | | 666.00 |
| Account No. **300050**<br>**TEK Collect**<br>**CNA Trust**<br>**3080 S. Bristol St. 2nd Flr.**<br>**Costa Mesa, CA  92626** | | | 2004-Debt | | | | 1,830.00 |
| Account No. **05P3-AC00004**<br>**The Bradley Law Firm, L.L.C.**<br>**Stark Bro's Nureries & Orchards Co.**<br>**2608 Georgia St.  P.O. BX. 544**<br>**Louisana, MO  63353** | | | 2005-Debt | | | | 4,007.00 |
| Account No.<br>**The Moore Store**<br>**P.O. BX. 6147**<br>**Carol Stream, IL  60197** | | | 2004-Debt | | | | 610.00 |

Sheet no. _____**14** of_____**16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **23,664.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE  E. L. Fasel & Sons

Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODE BTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Total Fire & Safety** 6808 Hobson Valley Dr. Woodridge, IL 60517 | | | 2005-Debt | | | | 100.00 |
| Account No. **9769H-0012402543** **Transworld Systems** The Moore Store 25 Northwest Point Blvd. # 750 Elk Grove Vlg., IL 60007 | | | 2005-Debt | | | | 610.00 |
| Account No. **4488-1310-0075-1418** **Wachovia Platinum Plus** P.O. BX. 15469 Wilmington, DE 19886 | | | 2004-Credit Card | | | | 16,912.00 |
| Account No. **Waste Management** P.O. BX. 9001054 Louisville, KY 40290 | | | 2004-Debt | | | | 524.00 |
| Account No. **White Premimun** 135 S. Lasalle St. Chicago, IL 60674 | | | 2005-Debt | | | | 1,100.00 |
| Account No. **White Sands Nursery** P.O. BX. 968 Plymouth, FL 32768 | | | 2005-Debt | | | | 1,024.00 |
| Account No. **William M. McCue** Kraemer's Nursery, Inc. P.O. BX. 5729 Evanston, IL 60202 | | | 2003-Debt | | | | 27,172.00 |

Sheet no. _____ **15** of _____ **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **47,442.00**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

IN RE E. L. Fasel & Sons

_____     Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODE BTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2004-Debt | | | | |
| **Wintzels Greenhouse** **5275 S. 1st  St.** **Kalamazoo, MI  49009** | | | | | | | **9,989.00** |
| Account No. | | | 2005-Debt | | | | |
| **Wolke Greenhouse** **496 Co Rd. 275 E.** **Sigel, IL  62462** | | | | | | | **23,531.00** |
| Account No. | | | 2004-Debt | | | | |
| **Wooden Shoe Greenhouse** **6032 144th Av.** **Holland, MI  49423** | | | | | | | **52,978.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. _____**16** of_____**16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **86,498.00** |
|---|---|---|
| | (Complete only on last sheet of Schedule F)  **TOTAL** | **2,069,666.00** |

(Report total also on Summary of Schedules)

**SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS**

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** E. L. Fasel & Sons
_____
Debtor(s)                                     Case No. _____

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

IN RE **E. L. Fasel & Sons**
_____
Debtor(s)
                                                                          Case No. _____

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

IN RE **E. L. Fasel & Sons**

_____

Debtor(s)

Case No. _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that

<span style="font-size:smaller">(Total shown on summary page plus 1)</span>

they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

Debtor

Date: _____      Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

_If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document._

_____

_____

Address

_____      _____

Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156._

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **E. L. Fasel & Sons**

(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**29**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

<span style="font-size:smaller">(Total shown on summary page plus 1)</span>

Date: **February  2, 2006** _____      Signature: _**/s/ Ed Fasel**_____

**Ed Fasel**

(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

<span style="writing-mode: vertical-rl;">© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

**United States Bankruptcy Court**

**Northern District of Illinois**

IN RE:                                                                 Case No. _____

E. L. Fasel & Sons                                          Chapter **7** _____
_____
Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT  SOURCE
0.00  2005-$ 0    2004-$ 0    2003-$ 0

---

**2. Income other than from employment or operation of business**

None ☑  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
**Complete a. or b., as appropriate, and c.**

None ☑  a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑  b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

None ☑ c. All debtors: List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Mid-American Growers, Inc.  VS E.L. Fasel & Sons, Inc.  #02 LM 5** | **Lawsuit** | **State of IL. County of Putnam Tenth Judicial Circuit** | |
| **Woodenshoe Greenhouses, Inc. VS E.L. Fasel & Son, Inc.  #03 -33098-CZ** | **Lawsuit** | **State of Michigan   48th Judicial Circuit     County Bldg, 113 Chestnut St., Allegan, MI. 49010** | |
| **Dix Greenhouse, Inc.  VS E.L. Fasel & Sons, Inc.  # 01 L 629** | **Lawsuit** | **Sixteenth Judicial Circuit, Kane County, IL.** | |
| **Fairview Evergreen Nurseries, Inc  VS  E.L. Fasel & Sons, Inc. #01 LM K 01726** | **Lawsuit** | **Kane County Courthouse   3rd & James St.,Geneva, Il. 60134** | |
| **Stark Bro's Nurseries & Orchards Co.  # 05P3-AC00004** | **Lawsuit** | **Circuit Court of pike County, Mo.** | |
| **Flora Pack Inc.  VS E.L. Fasel & Sons, Inc.   # 02 AR 01376** | **Lawsuit** | **Kane County, IL.** | |
| **Midwest Trading Horticultural Supplies, 05 SCK 501** | **Lawsuit** | **Kane County Courthouse  100 S. 3rd St. Geneva IL.** | |
| **Poplar Farms, Inc.  VS  E.L. Fasel & Sons, Inc.  # 04 AR K 1829** | **Lawsuit** | **Kane County Courthouse  100 S. Third St. Geneva,IL** | |
| **Carlin Sales  VS  E.L. Fasel & Sons, Inc.  # 03 ARK 1819** | **Lawsuit** | **Kane county IL.** | **Post Judgment** |
| **Edward L. Fasel v. E.L. Fasel and Sons, 05 LK 451** | **Collection** | **Kane County, Geneva, Il** | **Post Judgment** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Attorney Edward J. Varga**<br>**1700 N. Farnsworth**<br>**Aurora, IL  60505** | **1/06** | **3,000.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **American Heartland & Trust Bank**<br>**Sugar Grove, IL** | **2-Checking Accounts** | **$ 0      Jan/2006** |

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.<br><br>*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.<br><br>*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

| None | |
|---|---|
| ☑ | a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor. |

| None | |
|---|---|
| ☑ | b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor. |

| None | |
|---|---|
| ☑ | c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain. |

| None | |
|---|---|
| ☑ | d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor. |

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Ed Fasel, Sr.** | **owner** | **51 1/3 = 1026 out of 2000 shares** |
| **Orland M. Fasel** | **President** | **33 1/3 = 666 out of 2000 shares** |
| **Joyce Fasel** | **Secretary** | **15 1/3 = 306 out of 2000 shares** |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February  2, 2006**                    Signature: **/s/ Ed Fasel**

                                              **Ed Fasel,**

Print Name and Title

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**STATEMENT OF FINANCIAL AFFAIRS**

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

E. L. Fasel & Sons                                             Chapter **7** _____
_____
                    Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **114**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **February  2, 2006** _____    **/s/ Ed Fasel** _____
                                              Debtor


                                              _____

                                              Joint Debtor

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

E. L. Fasel & Sons
7 South 882 Camp Dean Rd.
Big Rock, IL  60511

Baker, Govern, Baker
River City Landscape Supply
7771 W. Oakland Park Blvd.  Suite 240
Ft. Lauderdale, FL  33351

Capitol One Bank
P.O. Bx. 790217
St. Louis, MO  63179

Attorney Edward J. Varga
1700 N Farnsworth Ave  Suite 12
Aurora, IL  60505

Bank Of America
P.O. BX. 1758
Newark, NJ  07101

Carlin Sales
8964 N. 51st. St.
Milwaukee, WI  53223

Advance Material Services
435 Pennsylvania Av. Suite 604
Glen Ellen, IL  60137

Barge Lerminal
P.O. BX. 636
Oswego, IL  60543

Carlin Sales
McMahan & Sigunick
216 W. Jackson Blvd.  Suite 900
Chicago, IL  60606

Advanta
P.O. BX. 8088
Philidelphia, PA  19101

BFG Supply Co.
P.O. BX. 479
Burton, OH  44021

Cintas First Aid
1071 Judson St.
Bensonville, IL  60106

Agri Gold Inc.
P.O. BX 394
Olton, TX  79064

BFG Supply Co.
14500 Kinsman
Burton, OH  44021

Citgo
P.O. BX. 2224
Birmingham, AL  35246

Alpine Floral
4124 Alppine Av. N.W.
Comstock Park, MI  49321

Bluff Cnuk
P.O. BX. 314
Hinsdale, IL  60522

CNA Trust
3080 S. Bristal
Costa Mesa, CA  92626

American Express
P.O. BX. 360002
Ft. Lauderdale, FL  33336

Bordiers Nursery
P.O. BX. 512165
Los Angeles, CA  90051

CNH Capital
Dept. 10460
Palatine, IL  60055

Armintrouts Nursery
1156 Lincoln Rd.
Alligan, MI  49010

BP Amoco
P.O. BX. 9076
Des Moines, IA  50368

CNH Capitol
Dept. CH 10460
Palitine, IL  60055

Arthur B. Adler & Associates
Niagara Growers Network
25 E. Washington St.  Suite 500
Chicago, IL  60602

BRK Nurseries
P.O. BX. 147
Onarga, IL  60955

Com Ed
Bill Pymt Cntr
Chicago, IL  60668

B A Florist
1000 W. Randolph St.
Chicago, IL  60607

Capitol One
P.O. Bx. 790217
St. Louis, MO  63179

Country Companies
P.O. BX. 2100
Bloomington, IL  61702

Cummins & Cronin, L.L.C.
Good Earth Greenhouse, L.L.C.
77 W. Wacker Dr.   Suite 4800
Chicago, IL  60601

G E Capital Finance
P.O. BX. 410426
Salt Lake City, UT  84141

Home Depot
P.O. BX. 6031
The Lakes, NV  88901

DE Vroomen
P.O. BX. 189
Russell, IL  60075

Gerdis Greenhouse
1442 S. Division St.
Harvard, IL  60033

Hortculture Sales
P.O. BX. 501524
San Deigo, CA  92150

Dix Greenhouse
1016 Kuptone Dr.
Park Hills, MO  63601

GMAC
P.O. BX. 9001719
Louisville, KY  40290

Huck, Bouma,Martin, Jones& Bradshaw,
P.C
Dix Greenhouse, Inc.
1755 S. Naperville Rd. Suite 200
Wheaton, IL  60187

Dreyer Clinic
1870 W. Galena Blvd.
Aurora, IL  60506

Good Earth Greenhouse
20212 W. Reniwich Rd.
Lockport, IL  60441

Huck, Bouma,Martin, Jones& Bradshaw,
P.C
Carlin Sales Co.
1755 S. Naperville Rd. Suite 200
Wheaton, IL  60187

Edward L. Fasel
William Truemper
1700 N. Farnsworth   Suite 11
Aurora, IL  60505

Great Western Bay
1416-18-N. Broadway
St.Louis, MO  63102

Huck, Bouma,Martin, Jones& Bradshaw,
P.C
1755 S. Naperville Rd. Suite 200
Wheaton, IL  60187

Fairview Nursery
P.O. BX. E
Fairview, IL  16415

Gregory Floral
1464 Gregory Rd.
St. Catherinis, ON  L2R 6P9

Industrail Motors
2000 Allbright Rd.
Montgomery, IL  60538

Flora  Pak
4019 Thirteenth St.
Ontario,    L0R1S0

H.M. Burley
P.O. BX. 1237
Springfield, IL  62705

James M. Bolz
Midwest Trading Horticultural Supplies,
895 W. Main St.
West Dundee, IL  60118

Florists Muture
P.O. BX. 807002
Kansas City, MO  64180

Henri Studios
P.O. BX. 4756
Carol Stream, IL  60197

Jeffrey W. Buckman
Woodenshoe Greenhouses, Inc.
44 E. 8th St.  Suite 215
Holland, MI  49423

Ford Credit
P.O. BX. 790093
St. Louis, MO  63179

Hills Creek Nursery
826 Hills Creek Rd.
McMinoville, TN  37110

John Henry Co.
5800 W. Grand River Rd.  P.O. BX. 17099
Lansing, MI  48901

Fox Valley Growers
P.O. BX. 69
La Fox, IL  60147

Hinckly Auto Parts
228 W. Lincoln
Hinckley, IL  60520

John S. Duncan
Mid-American Growers, Inc.
P.O. BX. 539
La Salle, IL  61301

KCSM, Inc
1240 S Federaql Hwy
Boynton Beach, FL  33435

Midwest Trading
P.O. BX. 1005
St. Charles, IL  60174

Poplar Farms
39 W. 100 Main St.
Batavia, IL  60510

Keller & Runde
Wolke Nursery
214 W. Jefferson Av.  P.O. BX. 525
Effingham, IL  62401

Molesta Floral
2960 Madison Av. S.E.
Grand Rapids, MI  49548

Quality Gladiolis Gardens
P.O. BX. 458
Jonesboro, AR  72403

Kinard & Associates
White Premium Organics
P.O. BX. 2452
Ridgeland, MS  39158

Morning Star Nursery
P.O. BX. 180
Rivis, TN  38253

R.M.S.
Gregory Floral, Inc.
P.O. BX. 6600 Station A
Mississauga, ON  L5A 4M6

Kraemer Nursery
13523 Marguam  Rd. NE
Mt. Angel, OR  97362

Niagasa Growers
111 Towrck Av.  Suite 366
St. Catherinis, ON  L2R 6P9

Rambo Nurseries
10495 Baldwin Rd.
Bridgman, MI  49106

Lake Street Supply
1810 W. Lake St.
Chicago, IL  60612

Nicor Gas
P.O. BX. 310
Aurora, IL  60507

RCOP
45W464 Ramm Rd.
Maple Park, IL  60151

Long Johns Floral
4038 Westridge Av.  P.O. BX. 124
Kalamazoo, MI  49004

Northern Christmas Trees
2744 Willoughby Lake Rd.
Brownington, VT  05860

Richardson Brothers
501 Cumberland Rd.  P.O. BX. 96
St. Elmo, IL  62458

M & M Greenhouses
2127 SW Danforth Circle
Palm City, FL  34990

O.F. Nelson
2300 Sheeler Rd.
Apapka, IL  32703

River City Landscape
200 N. Broadway  Suite 1725
St. Louis, MO  63102

Mast Greenhouses
21536 Wolf Rd. P.O. BX. 603
Frankfort, IL  60423

Office Depot
P.O. BX. 689020
Des Moines, IA  50368

Ron Closen Ornamental
45 W. 464 Ramon Rd.
Maple Park, IL  60151

McHutchison
64 Mountain View Blvd.
Wayne, NJ  07470

Paychex
P.O. BX. 4482
Carol Stream, IL  60197

Sandwich Country Greenhouse
17565 Wagner Rd.
Sandwich, IL  60548

Mid American Growers
R R 1  P.O. BX. 36
Gainville, IL  61326

Phillips 66
P.O. BX. 689061
Des Moines, IA  50368

Sawyer Nursery
5401 Port Sheldon Rd.
Hadsonville, MI  49426

**Schefer Greenhouse**
**P.O. BX. 1595**
**Aurora, IL  60507**

**Summerville Nursery**
**183 Summerville Ln.**
**McMinnville, TN  37110**

**White Premimun**
**135 S. Lasalle St.**
**Chicago, IL  60674**

**Serpindipity Nursery**
**8400 S. Sconee Rd.**
**Canby, OR  97013**

**Superior Diesel Inc.**
**350 W. Lincoln Hwy. P.O. BX. 188**
**Waterman, IL  60556**

**White Sands Nursery**
**P.O. BX. 968**
**Plymouth, FL  32768**

**Shermin Nursery**
**4 N. 755 Lombard Rd.   P.O. BX. 857**
**Addison, IL  60101**

**Supierior Daisee**
**350 W. Lincoln Hwy**
**Waterman, IL  60556**

**William M. McCue**
**Kraemer's Nursery, Inc.**
**P.O. BX. 5729**
**Evanston, IL  60202**

**Sixkuik Garden**
**998 Corporate Rd.**
**Aurora, IL  60504**

**TEK Collect**
**CNA Trust**
**3080 S. Bristol St. 2nd Flr.**
**Costa Mesa, CA  92626**

**Wintzels Greenhouse**
**5275 S. 1st  St.**
**Kalamazoo, MI  49009**

**Small Business Siluh**
**998 Corporate Rd.**
**Auora, IL  60504**

**The Bradley Law Firm, L.L.C.**
**Stark Bro's Nureries & Orchards Co.**
**2608 Georgia St.  P.O. BX. 544**
**Louisana, MO  63353**

**Wolke Greenhouse**
**496 Co Rd. 275 E.**
**Sigel, IL  62462**

**Solomon & Leadley**
**Sawyer Nursery**
**320 E. Indian Trail**
**Aurora, IL  60505**

**The Moore Store**
**P.O. BX. 6147**
**Carol Stream, IL  60197**

**Wooden Shoe Greenhouse**
**6032 144th Av.**
**Holland, MI  49423**

**Solomon & Leadley**
**Fairview Evergreen Nurseries, Inc**
**320 E. Indian Trail**
**Aurora, IL  60505**

**Total Fire & Safety**
**6808 Hobson Valley Dr.**
**Woodridge, IL  60517**

**Solomon & Leadley**
**Flora Pack Inc.**
**320 E. Indian Trail**
**Aurora, IL  60505**

**Transworld Systems**
**The Moore Store**
**25 Northwest Point Blvd. # 750**
**Elk Grove Vlg., IL  60007**

**Star Rose**
**P.O. BX. 249**
**Cutler, CA  93615**

**Wachovia Platinum Plus**
**P.O. BX. 15469**
**Wilmington, DE  19886**

**Starks Bros**
**P.O. BX. 398**
**Lousiana, MO  63353**

**Waste Management**
**P.O. BX. 9001054**
**Louisville, KY  40290**