IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| E. L. FASEL & SONS, | ) | Case No. 06 B 00913 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

### TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

NOW COMES Charles J. Myler, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on February 2, 2006. Charles J. Myler was appointed Trustee on February 2, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of August 31, 2007 is as follows:

|   |   |   |
|---|---|---|
| a. | RECEIPTS (See Exhibit C) | $102,546.04 |
| b. | DISBURSEMENTS (See Exhibit C) | $0.00 |
| c. | NET CASH available for distribution | $102,546.04 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | |

    1. Trustee compensation requested (See Exhibit E)     $8,377.30

    2. Trustee Expenses (See Exhibit E)     $177.63

    3. Compensation requested by attorney or other professionals for trustee (See Exhibit F)     $12,591.25

5. The Bar Date for filing unsecured claims expired on June 21, 2006.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. (See Exhibit D) The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |
|---|---|---|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | $21,146.18 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $52,460.19 |
| e. | Allowed unsecured claims | $630,309.25 |

7. Trustee proposes that unsecured creditors receive a distribution of 4.939% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $12,591.25. The total of Chapter 7 professional fees and expenses requested for final allowance is $12,591.25. (See Exhibit G).

9. A fee of $3,000.00 was paid to debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: September 12, 2007.

/s/ Charles J. Myler
Charles J. Myler, ARDC# 2008602
105 E. Galena Blvd., 8th Floor
Aurora, IL 60505
(630) 897-8475

## TASKS PERFORMED BY TRUSTEE

The trustee determined at the Sec. 341 meeting that the debtor had an extensive inventory of machinery and equipment together with growing plant inventory. The assets were located on property belonging to members of the debtor principal's family. The trustee retained an auctioneer to do an exhaustive catalog of all of the equipment, machinery and inventory. Trustee then intended to hire the auctioneer to auction the property. A bid, however, by a member of the Fasel family for cash amounted to more than could have been recouped from holding an auction after payment of auction expenses. Trustee and trustee counsel thereupon petitioned the court for approval of the cash purchase which was subsequently approved by the bankruptcy court after notice to all creditors. Some delay was experienced in the payment of the cash price while the purchaser worked out financing on the property on which the assets were located. Trustee and trustee counsel agreed to this extension subject to the inclusion of a 9% interest factor. Eventually the funds were received and the property was conveyed. Trustee answered numerous questions from creditors of a non-legal nature and worked with the trustee counsel in closing the estate. It is estimated that approximately 30 hours were spent on trustee time in this estate.

EXHIBIT A

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 06-00913 5
Case Name: E.L. FASEL & SONS

Trustee: (330510) CHARLES J. MYLER
Filed (f) or Converted (c): 02/02/06 (f)
§341(a) Meeting Date: 03/20/06
Claims Bar Date: 06/21/06

Period Ending: 08/31/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Accounts Receivable | 30,423.00 | 0.00 | DA | 0.00 | FA |
| 2 | Office furniture/equipment | 2,000.00 | 2,000.00 | DA | 2,000.00 | FA |
| 3 | 3 fertilizer injectors | 100.00 | 100.00 | DA | 100.00 | FA |
| 4 | tracking carts and hay racks | 1,300.00 | 1,300.00 | DA | 0.00 | FA |
| 5 | 18" Gantry extension | 50.00 | 50.00 | DA | 50.00 | FA |
| 6 | 1989 Isuzu FSR dump truck | 5,000.00 | 5,000.00 | DA | 5,000.00 | FA |
| 7 | 1990 IH Case tractor | 7,000.00 | 7,000.00 | DA | 0.00 | FA |
| 8 | 1992 IH Case front end loader | 7,000.00 | 7,000.00 | DA | 14,000.00 | FA |
| 9 | 1994 Hino 24" truck body | 10,000.00 | 10,000.00 | DA | 10,000.00 | FA |
| 10 | 1994 New Holland skid steer loader | 10,000.00 | 10,000.00 | DA | 10,000.00 | FA |
| 11 | 1994 New Holland bucket skid steer | 10,000.00 | 10,000.00 | DA | 10,000.00 | FA |
| 12 | 1997 Kubota tractor | 3,000.00 | 3,000.00 | DA | 3,000.00 | FA |
| 13 | 1999 GMC 18' van box | 2,500.00 | 2,500.00 | DA | 2,500.00 | FA |
| 14 | 1999 GMC van box | 1,500.00 | 1,500.00 | DA | 0.00 | FA |
| 15 | 2000 Ford F350 van | 800.00 | 800.00 | DA | 800.00 | FA |
| 16 | 2004 Chevy Astro Van | 10,000.00 | 5,800.00 | DA | 10,000.00 | FA |
| 17 | 2004 Ford #450 Cube van | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 18 | 3 Ruh Elston propane heaters | 150.00 | 150.00 | DA | 150.00 | FA |

EXHIBIT B

Printed: 09/11/2007 01:17 PM V.9.55

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

Case Number: 06-00913 5  
Case Name: E.L. FASEL & SONS  
Period Ending: 08/31/07  

Trustee: (330510) CHARLES J. MYLER  
Filed (f) or Converted (c): 02/02/06 (f)  
§341(a) Meeting Date: 03/20/06  
Claims Bar Date: 06/21/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 19 | 42' Great Dane trailer | 500.00 | 500.00 | DA | 500.00 | FA |
| 20 | Bouldin & Lawson shrub potter | 500.00 | 500.00 | DA | 500.00 | FA |
| 21 | Bouldin & Lawson soil conveyor belt | 100.00 | 100.00 | DA | 100.00 | FA |
| 22 | Case Tractor-SN 19579 | 2,000.00 | 2,000.00 | DA | 2,000.00 | FA |
| 23 | Case Tractor-SN 19700 | 2,000.00 | 2,000.00 | DA | 2,000.00 | FA |
| 24 | Grading blade | 100.00 | 100.00 | DA | 100.00 | FA |
| 25 | Greenhouse inventory @ cost | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 26 | Hardi sprayer | 200.00 | 200.00 | DA | 0.00 | FA |
| 27 | Jiffy row baller and buckets | 500.00 | 500.00 | DA | 500.00 | FA |
| 28 | Kubota tractor/mower | 1,000.00 | 1,000.00 | DA | 1,000.00 | FA |
| 29 | Kubota rotary tiller | 2,000.00 | 2,000.00 | DA | 2,000.00 | FA |
| 30 | Misc. materials/inventory | 5,000.00 | 5,000.00 | DA | 9,300.00 | FA |
| 31 | Nursery inventory @ cost | 9,300.00 | 9,300.00 | DA | 9,300.00 | FA |
| 32 | Johnson base radio and 3 hand held radios | 100.00 | 100.00 | DA | 0.00 | FA |
| 33 | Soil bag rack | 100.00 | 100.00 | DA | 100.00 | FA |
| 34 | Subject Wills computer | 50.00 | 50.00 | DA | 0.00 | FA |
| 35 | 10 ten-button phone sets | 100.00 | 100.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 7,546.04 | Unknown |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-00913 5  
**Case Name:** E.L. FASEL & SONS  

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 02/02/06 (f)  
**§341(a) Meeting Date:** 03/20/06  
**Claims Bar Date:** 06/21/06  

**Period Ending:** 08/31/07

| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | | 2 | 3 | 4 | 5 | 6 |
| 36 | Assets | | | | | |
| | Totals (Excluding unknown values) | $147,373.00 | $90,750.00 | | $102,546.04 | $0.00 |

**Major Activities Affecting Case Closing:**

Trustee received repayment in court approved sale of equipment; has filed final tax returns and received no tax letter; filed objection to IRS secured claim; hearing on Sept. 20; will file final report after hearing

**Initial Projected Date Of Final Report (TFR):** September 30, 2006   **Current Projected Date Of Final Report (TFR):** September 30, 2006

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-00913 5 | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- |
| Case Name: | E.L. FASEL & SONS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***_*****64-65 - Money Market Account |
| Taxpayer ID #: | 36-2892705 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/31/07 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/04/07 | | First American Title Insurance Co. | Sale of 40+ assets | | | 102,283.62 | | 102,283.62 |
| | {16} | | 2004 Chevy Astro Van | 10,000.00 | 1129-000 | | | 102,283.62 |
| | Int | | interest on court ordered sale of assets | 7,283.62 | 1270-000 | | | 102,283.62 |
| | {15} | | 2000 Ford F350 van | 800.00 | 1129-000 | | | 102,283.62 |
| | {13} | | 1999 GMC | 2,500.00 | 1129-000 | | | 102,283.62 |
| | {9} | | 1994 Hino truck | 10,000.00 | 1129-000 | | | 102,283.62 |
| | {6} | | 1989 Isuzu truck | 5,000.00 | 1129-000 | | | 102,283.62 |
| | {19} | | Great Dane trailer | 500.00 | 1129-000 | | | 102,283.62 |
| | {8} | | Case tractor | 7,000.00 | 1129-000 | | | 102,283.62 |
| | {12} | | Kubota tractor | 3,000.00 | 1129-000 | | | 102,283.62 |
| | {8} | | 595 Case tractor | 7,000.00 | 1129-000 | | | 102,283.62 |
| | {22} | | Case tractor/mower | 2,000.00 | 1129-000 | | | 102,283.62 |
| | {23} | | Case tractor | 2,000.00 | 1129-000 | | | 102,283.62 |
| | {24} | | Grading blade | 100.00 | 1129-000 | | | 102,283.62 |
| | {29} | | Kubota tiller | 2,000.00 | 1129-000 | | | 102,283.62 |
| | {10} | | New Holland steer loader | 10,000.00 | 1129-000 | | | 102,283.62 |
| | {11} | | New Holland skid steer | 10,000.00 | 1129-000 | | | 102,283.62 |
| | {28} | | Kubota tractor/mower | 1,000.00 | 1129-000 | | | 102,283.62 |
| | {20} | | Bouldin shrub potter | 500.00 | 1129-000 | | | 102,283.62 |
| | {21} | | soil conveyor belt | 100.00 | 1129-000 | | | 102,283.62 |
| | {33} | | soil bag rack | 100.00 | 1129-000 | | | 102,283.62 |
| | {5} | | Gantry extension | 50.00 | 1129-000 | | | 102,283.62 |
| | {18} | | propane heaters | 150.00 | 1129-000 | | | 102,283.62 |
| | {3} | | fertilizer injectors | 100.00 | 1129-000 | | | 102,283.62 |
| | | | | Subtotals : | | $102,283.62 | $0.00 | |

{} Asset reference(s)

Printed: 09/11/2007 01:17 PM  V.9.55

EXHIBIT

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-00913 5
**Case Name:** E.L. FASEL & SONS

**Taxpayer ID #:** 36-2892705
**Period Ending:** 08/31/07

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****64-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} / Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts $ | 6<br>Disbursements $ | 7<br>Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {27} | | bailer and buckets | 500.00 | 1129-000 | | | 102,283.62 |
| | {2} | | Office furniture | 2,000.00 | 1129-000 | | | 102,283.62 |
| | {31} | | Nursery inventory | 9,300.00 | 1129-000 | | | 102,283.62 |
| | {30} | | Misc. inventory | 9,300.00 | 1129-000 | | | 102,283.62 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 38.23 | | 102,321.85 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 56.46 | | 102,378.31 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 52.84 | | 102,431.15 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 58.34 | | 102,489.49 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 56.55 | | 102,546.04 |
| | | | **ACCOUNT TOTALS** | | | 102,546.04 | 0.00 | $102,546.04 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 102,546.04 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$102,546.04** | **$0.00** | |

{} Asset reference(s)

Printed: 09/11/2007 01:17 PM    V.9.55

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 06-00913 5
**Case Name:** E.L. FASEL & SONS

**Taxpayer ID #:** 36-2892705
**Period Ending:** 08/31/07

**Trustee:** CHARLES J. MYLER (330510)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***_*****64-65 - Money Market Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|

|  | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | 102,546.04 | 0.00 | 102,546.04 |
| MMA # ***_*****64-65 | $102,546.04 | $0.00 | $102,546.04 |

{} Asset reference(s)

Printed: 09/11/2007 01:17 PM   V.9.55

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 7 |
| | ) |
| E. L. FASEL & SONS, | ) Case No. 06 B 00913 |
| | ) |
| Debtor. | ) Judge Manuel Barbosa |

### DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $21,146.18 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $52,460.19 |
| General Unsecured Claims: | $28,939.67 |
| Other: | $0.00 |

TOTAL AMOUNT TO BE DISTRIBUTED:   $102,546.04

EXHIBIT D

5

**DISTRIBUTION REPORT**

| | TOTAL | FINAL |
|---|---|---|
| **1. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND%** |
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $21,146.18 | 100 |
| **CLAIM NO.   CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| Charles J. Myler, Trustee | $8,377.30 | $8,377.30 |
| Charles J. Myler, Expenses | 177.63 | 177.63 |
| Myler, Ruddy & McTavish | 11,841.25 | 11,841.25 |
| All States Auctioneers Inc. | 750.00 | 750.00 |

| | TOTAL | FINAL |
|---|---|---|
| **2. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |
| **CLAIM NO.   CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| | TOTAL | FINAL |
|---|---|---|
| **3. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |
| **CLAIM NO.   CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| | TOTAL | FINAL |
|---|---|---|
| **4. TYPE OF CLAIMS** | **AMOUNT OF CLAIMS** | **DIVIDEND %** |
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |
| **CLAIM NO.   CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | $0.00 | |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $900 | $0.00 | |
| **CLAIM NO.  CREDITOR** | **AMOUNT ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Tax Liens | $0.00 | |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** $ | **AMOUNT OF DIVIDEND** $ |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Tax claims excluding fines and penalties | $52,460.19 | 100 |
| **CLAIM NO.  CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
| 19. IRS | $42,463.19 | $42,463.19 |
| 41. IL Dept. of Revenue | $1,808.00 | $1,808.00 |
| 42. IL Dept. of Revenue | $8,189.00 | $8,189.00 |
| | TOTAL | FINAL |

| 10. TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
|---|---|---|
| §507(a)(8) - Capital Commitments to FDIC, et al. | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid *pro-rata* after costs of administration and priority claims are paid in full) | $630,309.25 | 4.939 |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| 1. Lake St. Landscape Supply | $7,560.00 | $373.39 |
| 2. White Sands Nursery | $1,024.64 | $50.61 |
| 3. H.M. Buckley | $4,331.00 | $213.91 |
| 4. Great Western Bay | $7,840.45 | $387.24 |
| 5. Mid-American Growers | $17,838.99 | $881.07 |
| 6. McHutchison | $12,177.64 | $601.46 |
| 7. MBNA American Delaware | $16,951.24 | $837.23 |
| 8. BRK Nurseries | $1,914.95 | $94.58 |
| 9. Summerville Nursery | $6,512.78 | $321.67 |
| 10. Flora Pack Inc. | $6,814.60 | $336.58 |
| 11. BFG Supply Co. | $1,546.98 | $76.41 |
| 12. Agri Gold Inc. | $2,030.86 | $100.30 |
| 13. Poplar Farms | $14,156.56 | $699.20 |
| 14. Quality Gladiolis Gardens | $1,567.35 | $77.41 |
| 15. Solomon & Leadley | $4,403.43 | $217.49 |
| 16. Fairview Evergreen Nurseries | $9,485.49 | $468.49 |
| 17. Citgo | $2,293.34 | $113.27 |
| 18. Jeffrey W. Buckman | $180,901.75 | $8,934.79 |
| 19. IRS | $83,291.96 | $4,113.81 |
| 20. American Express Bank | $7,293.69 | $360.24 |
| 21. CNH Capital | $7,345.08 | $362.78 |
| 22. Sikich LLP | $3,615.00 | $178.55 |
| 23. Rambo Nurseries | $1,124.00 | $55.51 |
| 24. Bluff Creek Farm | $7,097.21 | $350.53 |
| 25. James M. Bolz | $828.11 | $40.90 |
| 26. Citibank USA | $8,975.84 | $443.32 |
| 27. Hinckley Auto Parts | $482.23 | $23.82 |
| 28. Keller & Runde | $23,597.93 | $1,165.51 |
| 29. Superior Diesel, Inc. | $674.17 | $33.30 |
| 30. Waste Management | $524.29 | $25.89 |

| | | |
|---|---|---|
| 31. Fairview Evergreen Nurseries | $17,554.93 | $867.04 |
| 32. Flora Pack Inc. | $16,658.97 | $822.79 |
| 33. GE Capital Finance | $13,841.21 | $683.62 |
| 34. Horiculture Sales | $5,485.18 | $270.91 |
| 35. Gregory Floral | $12,784.79 | $631.44 |
| 36. Stark Bro's Nurseries | $4,662.73 | $230.29 |
| 37. John Henry Co. | $2,315.05 | $114.34 |
| 38. Armintrouts Nursery | $65,231.80 | $3,221.82 |
| 39 BA Florist & Nursery | $1,851.14 | $91.43 |
| 41. IL Dept. of Revenue | $213.00 | $10.52 |
| 42. IL Dept. of Revenue | $1,138.00 | $56.21 |

| **12. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims. | $44,370.89 | 0 |
| **CLAIM NO. CREDITOR** | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 40. Advanta Bank Corp. | $0.00 | $0 |

| **13. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | |
| **CLAIM NO. CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |

| **14. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest (___ % from date of filing to anticipated date of distribution | $0.00 | |
| **CLAIM NO. CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |

| **15. TYPE OF CLAIMS** | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | |
| **CLAIM NO. CREDITOR** | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |

The following claims are not included in the distribution because they have been disallowed

by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 19 | IRS | $75,631.69 | Disallowed by court order; included in unsecured claims |

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: September 12, 2007

Charles J. Myler, Trustee, ARDC# 2008602