UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| E. L. FASEL & SONS, | ) | Case No. 06 B 00913 |
| | ) | |
| *Debtor(s).* | ) | Judge Manuel Barbosa |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At: Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, IL 60134

    On: **February 7, 2008**              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $102,546.04 |
    | Disbursements | $0.00 |
    | Net Cash Available for Distribution | $102,546.04 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Charles J. Myler, Trustee | $0.00 | $8,377.30 | $177.63 |
    | Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $11,841.25 | $ 0.00 |
    | All States Auctioneers Inc. | $0.00 | $750.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid $ | Fees Now Requested $ | Expenses $ |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $52,460.19 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $100%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 19 | IRS | $42,463.19 | $42,463.19 |
| 41 | IL Dept. of Revenue | $1,808.00 | $1,808.00 |
| 42 | IL Dept. of Revenue | $8,189.00 | $8,189.00 |

7. Claims of general unsecured creditors totaling $630,309.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.939%.

Allowed general unsecured claims are as follows:

| Claim Number Claimant | Amount of Claim | Proposed Payment |
|---|---|---|
| 1. Lake St. Landscape Supply | $7,560.00 | $373.39 |
| 2. White Sands Nursery | $1,024.64 | $50.61 |
| 3. H.M. Buckley | $4,331.00 | $213.91 |
| 4. Great Western Bay | $7,840.45 | $387.24 |
| 5. Mid-American Growers | $17,838.99 | $881.07 |
| 6. McHutchison | $12,177.64 | $601.46 |
| 7. MBNA American Delaware | $16,951.24 | $837.23 |
| 8. BRK Nurseries | $1,914.95 | $94.58 |
| 9. Summerville Nursery | $6,512.78 | $321.67 |
| 10. Flora Pack Inc. | $6,814.60 | $336.58 |
| 11. BFG Supply Co. | $1,546.98 | $76.41 |
| 12. Agri Gold Inc. | $2,030.86 | $100.30 |
| 13. Poplar Farms | $14,156.56 | $699.20 |
| 14. Quality Gladiolis Gardens | $1,567.35 | $77.41 |
| 15. Solomon & Leadley | $4,403.43 | $217.49 |
| 16. Fairview Evergreen Nurseries | $9,485.49 | $468.49 |
| 17. Citgo | $2,293.34 | $113.27 |
| 18. Jeffrey W. Buckman | $180,901.75 | $8,934.79 |
| 19. IRS | $83,291.96 | $4,113.81 |
| 20. American Express Bank | $7,293.69 | $360.24 |
| 21. CNH Capital | $7,345.08 | $362.78 |
| 22. Sikich LLP | $3,615.00 | $178.55 |
| 23. Rambo Nurseries | $1,124.00 | $55.51 |
| 24. Bluff Creek Farm | $7,097.21 | $350.53 |
| 25. James M. Bolz | $828.11 | $40.90 |
| 26. Citibank USA | $8,975.84 | $443.32 |
| 27. Hinckley Auto Parts | $482.23 | $23.82 |
| 28. Keller & Runde | $23,597.93 | $1,165.51 |
| 29. Superior Diesel, Inc. | $674.17 | $33.30 |

| | | |
|---|---:|---:|
| 30. Waste Management | $524.29 | $25.89 |
| 31. Fairview Evergreen Nurseries | $17,554.93 | $867.04 |
| 32. Flora Pack Inc. | $16,658.97 | $822.79 |
| 33. GE Capital Finance | $13,841.21 | $683.62 |
| 34. Horiculture Sales | $5,485.18 | $270.91 |
| 35. Gregory Floral | $12,784.79 | $631.44 |
| 36. Stark Bro's Nurseries | $4,662.73 | $230.29 |
| 37. John Henry Co. | $2,315.05 | $114.34 |
| 38. Armintrouts Nursery | $65,231.80 | $3,221.82 |
| 39. BA Florist & Nursery | $1,851.14 | $91.43 |
| 40. IL Dept. of Revenue | $213.00 | $10.52 |
| 42. IL Dept. of Revenue | $1,138.00 | $56.21 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The trustee proposes to abandon the following property at the hearing:

Dated: **January 2, 2008**               For the Court,

                          By:

                          **KENNETH S. GARDNER**
                           Kenneth S. Gardner
                           Clerk of the U.S. Bankruptcy Court
                           219 So. Dearborn St., 7th Floor
                           Chicago, IL 60604

Trustee:     Charles J. Myler, ARDC#2008602
Address:     105 E. Galena Blvd., 8th Floor
             Aurora, IL 60505
Phone:       630-897-8475
Fax:         630-897-8076