UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

IN RE:                              )    Chapter 7
                                    )
E. L. FASEL & SONS,                 )    Case No. 06 B 00913
                                    )
          *Debtor(s).*              )    Judge Manuel Barbosa

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

     At: Kane County Courthouse, 100 S. Third St., Courtroom 140, Geneva, IL 60134

     On: **February 7, 2008**              Time: **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transaction such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The trustee's Final Report shows total:

     Receipts                                  $102,546.04

     Disbursements                                   $0.00

     Net Cash Available for Distribution       $102,546.04

4.   Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Charles J. Myler, Trustee | $0.00 | $8,377.30 | $177.63 |
| Myler, Ruddy & McTavish, Attorneys for trustee | $0.00 | $11,841.25 | $ 0.00 |
| All States Auctioneers Inc. | $0.00 | $750.00 | $0.00 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid $ | Fees Now Requested $ | Expenses $ |
|---|---|---|---|
| | | | |

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $52,460.19 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be $100%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 19 | IRS | $42,463.19 | $42,463.19 |
| 41 | IL Dept. of Revenue | $1,808.00 | $1,808.00 |
| 42 | IL Dept. of Revenue | $8,189.00 | $8,189.00 |

7.      Claims of general unsecured creditors totaling $630,309.25 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.939%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1. | Lake St. Landscape Supply | $7,560.00 | $373.39 |
| 2. | White Sands Nursery | $1,024.64 | $50.61 |
| 3. | H.M. Buckley | $4,331.00 | $213.91 |
| 4. | Great Western Bay | $7,840.45 | $387.24 |
| 5. | Mid-American Growers | $17,838.99 | $881.07 |
| 6. | McHutchison | $12,177.64 | $601.46 |
| 7. | MBNA American Delaware | $16,951.24 | $837.23 |
| 8. | BRK Nurseries | $1,914.95 | $94.58 |
| 9. | Summerville Nursery | $6,512.78 | $321.67 |
| 10. | Flora Pack Inc. | $6,814.60 | $336.58 |
| 11. | BFG Supply Co. | $1,546.98 | $76.41 |
| 12. | Agri Gold Inc. | $2,030.86 | $100.30 |
| 13. | Poplar Farms | $14,156.56 | $699.20 |
| 14. | Quality Gladiolis Gardens | $1,567.35 | $77.41 |
| 15. | Solomon & Leadley | $4,403.43 | $217.49 |
| 16. | Fairview Evergreen Nurseries | $9,485.49 | $468.49 |
| 17. | Citgo | $2,293.34 | $113.27 |
| 18. | Jeffrey W. Buckman | $180,901.75 | $8,934.79 |
| 19. | IRS | $83,291.96 | $4,113.81 |
| 20. | American Express Bank | $7,293.69 | $360.24 |
| 21. | CNH Capital | $7,345.08 | $362.78 |
| 22. | Sikich LLP | $3,615.00 | $178.55 |
| 23. | Rambo Nurseries | $1,124.00 | $55.51 |
| 24. | Bluff Creek Farm | $7,097.21 | $350.53 |
| 25. | James M. Bolz | $828.11 | $40.90 |
| 26. | Citibank USA | $8,975.84 | $443.32 |
| 27. | Hinckley Auto Parts | $482.23 | $23.82 |
| 28. | Keller & Runde | $23,597.93 | $1,165.51 |
| 29. | Superior Diesel, Inc. | $674.17 | $33.30 |

| | | |
|---|---:|---:|
| 30. Waste Management | $524.29 | $25.89 |
| 31. Fairview Evergreen Nurseries | $17,554.93 | $867.04 |
| 32. Flora Pack Inc. | $16,658.97 | $822.79 |
| 33. GE Capital Finance | $13,841.21 | $683.62 |
| 34. Horiculture Sales | $5,485.18 | $270.91 |
| 35. Gregory Floral | $12,784.79 | $631.44 |
| 36. Stark Bro's Nurseries | $4,662.73 | $230.29 |
| 37. John Henry Co. | $2,315.05 | $114.34 |
| 38. Armintrouts Nursery | $65,231.80 | $3,221.82 |
| 39. BA Florist & Nursery | $1,851.14 | $91.43 |
| 40. IL Dept. of Revenue | $213.00 | $10.52 |
| 42. IL Dept. of Revenue | $1,138.00 | $56.21 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn St., 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The trustee proposes to abandon the following property at the hearing:

Dated: **January 2, 2008**                         For the Court,

                                                                By:

                                **KENNETH S. GARDNER**
                                Kenneth S. Gardner
                                Clerk of the U.S. Bankruptcy Court
                                219 So. Dearborn St., 7th Floor
                                Chicago, IL 60604

Trustee:     Charles J. Myler, ARDC#2008602
Address:     105 E. Galena Blvd., 8th Floor
             Aurora, IL 60505
Phone:       630-897-8475
Fax:         630-897-8076

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                   Page 1 of 3         Date Rcvd: Jan 02, 2008
Case: 06-00913                Form ID: pdf002               Total Served: 131

The following entities were served by first class mail on Jan 04, 2008.
db           E.L. Fasel & Sons,    7 South 882 Camp Dean Rd.,    Big Rock, IL   60511
aty         +Edward J Varga,    Attorney Edward J. Varga,    1700 N. Farnsworth Ave.,     Suite 11,
             Aurora, IL 60505-1186
tr          +Charles J Myler,    Myler Ruddy & McTavish,    105 East Galena Boulevard,     8th Floor,
             Aurora, IL 60505-3338
10582784    +Advance Material Services,    435 Pennsylvania Av. Suite 604,    Glen Ellen, IL 60137-4401
10582785    +Advanta,   P.O. BX. 8088,    Philiadelphia, PA 19101-8088
10835998     Advanta Bank Corp,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10582786    +Agri Gold Inc.,   P.O. BX 394,    Olton, TX 79064-0394
11601077    +All States Auctioneers Inc.,    PO Box 1144,   Lake Villa, IL 60046-1144
10582787     Alpine Floral,    4124 Alppine Av. N.W.,    Comstock Park, MI   49321
10582788    +American Express,    P.O. BX. 360002,    Ft. Lauderdale, FL 33336-0002
10703343     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10582789    +Armintrouts Nursery,    1156 Lincoln Rd.,    Alligan, MI 49010-9077
10582790    +Arthur B. Adler & Associates,    Niagara Growers Network,    25 E. Washington St. Suite 500,
             Chicago, IL 60602-1703
10582783    +Attorney Edward J Varga,    1700 N Farnsworth Ave Suite 12,    Aurora, IL 60505-1186
10582791    +B A Florist,   1000 W. Randolph St.,    Chicago, IL 60607-2212
10785663     B A Florist & Nursery Co.,    ATTN: Dennis Karas,    1000 W. Randolph St.,    Chicago, IL 60607-2212
10582795    +BFG Supply Co.,   P.O. BX. 479,    Burton, OH 44021-0479
10582796    +BFG Supply Co.,   14500 Kinsman,    Burton, OH 44021-9642
10582799    +BP Amoco,   P.O. BX. 9076,    Des Moines, IA 50368-9076
10582800    +BRK Nurseries,    P.O. BX. 147,    Onarga, IL 60955-0147
10582792    +Baker, Govern, Baker,    River City Landscape Supply,    7771 W. Oakland Park Blvd. Suite 240,
             Ft. Lauderdale, FL 33351-6747
10582793     Bank Of America,   P.O. BX. 1758,    Newark, NJ   07101
10582794    +Barge Lerminal,    P.O. BX. 636,    Oswego, IL 60543-0636
10582797   +++Bluff Creek Farm,    P.O. BX. 314,    Hinsdale, IL 60522-0314
10582798    +Bordiers Nursery,    P.O. BX. 512165,    Los Angeles, CA 90051-0165
10582807    +CNA Trust,   3080 S. Bristal,    Costa Mesa, CA 92626-3049
10582808   +++CNH Capital,    P O Box 3038,    Evansville, IN 47730-3038
10582809    +CNH Capitol,   Dept. CH 10460,    Palitine, IL 60055-0001
10582801    +Capitol One,   P.O. Bx. 790217,    St. Louis, MO 63179-0217
10582802    +Capitol One Bank,    P.O. Bx. 790217,    St. Louis, MO 63179-0217
10582803    +Carlin Sales,    8964 N. 51st. St.,    Milwaukee, WI 53223-2402
10582804    +Carlin Sales,    McMahan & Sigunick,    216 W. Jackson Blvd. Suite 900,    Chicago, IL 60606-6924
10582805    +Cintas First Aid,    1071 Judson St.,    Bensonville, IL 60106-3320
10582806    +Citgo,   P.O. Box 923928,    Norcross GA 30010-3928
10715101    +Citibank (USA) NA,    Conoco Payment Center,    4300 Westown Parkway,
             West Des Moines, IA 50266-1266
10582811    +Country Companies,    P.O. BX. 2100,    Bloomington, IL 61702-2100
10582812    +Cummins & Cronin, L.L.C.,    Good Earth Greenhouse, L.L.C.,    77 W. Wacker Dr. Suite 4800,
             Chicago, IL 60601-1664
10582813    +DE Vroomen,    P.O. BX. 189,    Russell, IL 60075-0189
10582814     Dix Greenhouse,    1016 Kuptone Dr.,    Park Hills, MO   63601
10582815    +Dreyer Clinic,    1870 W. Galena Blvd.,    Aurora, IL 60506-4387
10582816    +Edward L. Fasel,    William Truemper,    1700 N. Farnsworth   Suite 11,    Aurora, IL 60505-1186
10696013  ++++FAIRVIEW EVERGREEN NURSERIES INC,    7463 W RIDGE RD,    PO BOX 189,    FAIRVIEW PA 16415-0189
             (address filed with court: Fairview Evergreen Nurseries Inc,    7463 West Ridge Road,   P O Box E,
             Fairview, PA 16415)
10582817  ++++FAIRVIEW NURSERY,    PO BOX 189,    FAIRVIEW PA 16415-0189
             (address filed with court: Fairview Nursery,    P.O. BX. E,    Fairview, IL   16415)
10582878   +++Fairview Evergreen Nurseries Inc,    Solomon & Leadley,    320 E. Indian Trail,
             Aurora, IL 60505-1760
10582818   +++Flora Pack Incorporated,    4019 Thirteenth St.,    Jordan Station Ontario, LORISO
10582879   +++Flora Pack Inc,    Solomon & Leadley,    320 E. Indian Trail,    Aurora, IL 60505-1760
10582819    +Florists Muture,    P.O. BX. 807002,    Kansas City, MO 64180-0001
10582820    +Ford Credit,    P.O. BX. 790093,    St. Louis, MO 63179-0093
10582821    +Fox Valley Growers,    P.O. BX. 69,    La Fox, IL 60147-0069
10582822    +G E Capital Finance,    P.O. BX. 410426,    Salt Lake City, UT 84141-0426
10582824    +GMAC,   P.O. BX. 9001719,    Louisville, KY 40290-1719
10582823     Gerdis Greenhouse,    1442 S. Division St.,    Harvard, IL  60033
10582825    +Good Earth Greenhouse,    20212 W. Reniwich Rd.,    Lockport, IL 60441-6578
10582826    +Great Western Bay,    1416-18-N. Broadway,    St.Louis, MO 63102-2303
10582827     Gregory Floral,    1464 Gregory Rd.,    St. Catherinis, ON   L2R 6P9
10582828   +++H.M. Buckley,    P.O. BX. 1237,    Springfield, IL 62705-1237
10582829    +Henri Studios,    P.O. BX. 4756,    Carol Stream, IL 60197-4756
10582830    +Hills Creek Nursery,    826 Hills Creek Rd.,    McMinoville, TN 37110-3991
10582831    +Hinckly Auto Parts,    228 W. Lincoln,    Hinckley, IL 60520-9201
10582832    +Home Depot,    P.O. BX. 6031,    The Lakes, NV 88901-6031
10582833    +Hortculture Sales,    P.O. BX. 501524,    San Deigo, CA 92150-1524
10582835    +Huck, Bouma,Martin, Jones& Bradshaw, P.C.,    Carlin Sales Co.,    1755 S. Naperville Rd. Suite 200,
             Wheaton, IL 60187-8144
10582834    +Huck, Bouma,Martin, Jones& Bradshaw, P.C.,    Dix Greenhouse, Inc.,
             1755 S. Naperville Rd. Suite 200,    Wheaton, IL 60187-8144
10582836    +Huck, Bouma,Martin, Jones& Bradshaw, P.C.,    1755 S. Naperville Rd. Suite 200,
             Wheaton, IL 60187-8144
10692198   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury,    Internal Revenue Service,
             230 S. Dearborn,    Stop 5016-CHI,    Chicago, IL. 60604)
11547546    +Illinois Department of Revenue,    Bankruptcy Section,    100 West Randolph Street  Level 7-425,
             Chicago, Illinois 60601-3218
```

```
District/off: 0752-1          User: amcc7                 Page 2 of 3                   Date Rcvd: Jan 02, 2008
Case: 06-00913                Form ID: pdf002             Total Served: 131

10582837     +Industrail Motors,    2000 Allbright Rd.,    Montgomery, IL 60538-1188
10582838     +James M. Bolz,    Midwest Trading Horticultural Supplies,,    895 W. Main St.,
               West Dundee, IL 60118-2098
10582839     +Jeffrey W. Buckman,    Woodenshoe Greenhouses, Inc.,    44 E. 8th St. Suite 215,
               Holland, MI 49423-3531
10582840     +John Henry Co.,    5800 W. Grand River Rd. P.O. BX. 17099,    Lansing, MI 48901-7099
10776350     +John Henry Company,    Solomon & Leadley,    320 East Indian Trail,    Aurora IL 60505-1760
10582842     +KCSM, Inc,    1240 S Federaql Hwy,    Boynton Beach, FL 33435-6029
10582843     +Keller & Runde,    Wolke Nursery,    214 W. Jefferson Av.  P.O. BX. 525,    Effingham, IL 62401-0525
10582844     +Kinard & Associates,    White Premium Organics,    P.O. BX. 2452,    Ridgeland, MS 39158-2452
10582845     +Kraemer Nursery,    13523 Marguam  Rd. NE,    Mt. Angel, OR 97362-9519
10611567   +++Lake Street Landscape Supply, LLC,    William Hackney Much Shelist,    191 N Wacker Drive  #1800,
               Chicago, IL 60606-1615
10582846     +Lake Street Supply,    1810 W. Lake St.,    Chicago, IL 60612-2630
10582847     +Long Johns Floral,    4038 Westridge Av. P.O. BX. 124,    Kalamazoo, MI 49004-0124
10582848     +M & M Greenhouses,    2127 SW Danforth Circle,    Palm City, FL 34990-7706
10680578      MBNA America Delaware N A,     c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10582849     +Mast Greenhouses,    21536 Wolf Rd. P.O. BX. 603,    Frankfort, IL 60423-0603
10582850     +McHutchison,    64 Mountain View Blvd.,    Wayne, NJ 07470-6710
10582851      Mid American Growers,    R R 1  P.O. BX. 36,    Gainville, IL 61326
10582841   +++Mid-American Growers Inc,    P O Box 539,    La Salle, IL 61301-0539
10582852     +Midwest Trading,    P.O. BX. 1005,    St. Charles, IL 60174-7005
10582853     +Molesta Floral,    2960 Madison Av. S.E.,    Grand Rapids, MI 49548-1286
10582854     +Morning Star Nursery,    P.O. BX. 180,    Rivis, TN 38253-0180
10582855      Niagasa Growers,    111 Towrck Av.  Suite 366,    St. Catherinis, ON  L2R 6P9
10582857     +Northern Christmas Trees,    2744 Willoughby Lake Rd.,    Brownington, VT 05860-9629
10582858     +O.F. Nelson,    2300 Sheeler Rd.,    Apapka, IL 32703-1549
10582859     +Office Depot,    P.O. BX. 689020,    Des Moines, IA 50368-9020
10582860     +Paychex,    P.O. BX. 4482,    Carol Stream, IL 60197-4482
10582861     +Phillips 66,    P.O. BX. 689061,    Des Moines, IA 50368-9061
10582862   +++Poplar Farms,    Paul L Greviskes,    109 E Wilson Street,    Batavia, IL 60510-2658
10582863   +++Quality Gladiolis Gardens,    2903 Highmeadow Drive,    Jonesboro, AR 72404-6924
10582864      R.M.S.,    Gregory Floral, Inc.,    P.O. BX. 6600 Station A,    Mississauga, ON  L5A 4M6
10582866     +RCOP,    45W464 Ramm Rd.,    Maple Park, IL 60151-8665
10582865     +Rambo Nurseries,    10495 Baldwin Rd.,    Bridgman, MI 49106-9720
10582867     +Richardson Brothers,    501 Cumberland Rd.  P.O. BX. 96,    St. Elmo, IL 62458-0096
10582868     +River City Landscape,    200 N. Broadway  Suite 1725,    St. Louis, MO 63102-2730
10582869      Ron Closen Ornamental,    45 W. 464 Ramon Rd.,    Maple Park, IL  60151
10582870     +Sandwich Country Greenhouse,    17565 Wagner Rd.,    Sandwich, IL 60548-9703
10582871     +Sawyer Nursery,    5401 Port Sheldon Rd.,    Hadsonville, MI 49426-8929
10582872     +Schefer Greenhouse,    P.O. BX. 1595,    Aurora, IL 60507-1595
10582873     +Serpindipity Nursery,    8400 S. Sconee Rd.,    Canby, OR 97013-9559
10582874     +Shermin Nursery,    4 N. 755 Lombard Rd.  P.O. BX. 857,    Addison, IL 60101-0857
10582875   +++Sikich LLP,    998 Corporate Rd.,    Aurora, IL 60502-9102
10582876     +Small Business Siluh,    998 Corporate Rd.,    Auora, IL 60502-9102
10582877     +Solomon & Leadley,    Sawyer Nursery,    320 E. Indian Trail,    Aurora, IL 60505-1760
10582880     +Star Rose,    P.O. BX. 249,    Cutler, CA 93615-0249
10582881     +Stark Bro's Nurseries & Orchards Co,    P O  Box  398,    Lousiana  MO 63353-0398
10582882     +Summerville Nursery,    183 Summerville Ln.,    McMinnville, TN 37110-6908
10683947     +Summerville Nursery,    Summer View Farms & Nrsy,    183 Summerville Ln,
               McMinnville, TN 37110-6908
10582883     +Superior Diesel Inc.,    350 W. Lincoln Hwy. P.O. BX. 188,    Waterman, IL 60556-0188
10582884      Supierior Daisee,    350 W. Lincoln Hwy,    Waterman, IL  60556
10582885     +TEK Collect,    CNA Trust,    3080 S. Bristol St. 2nd Flr.,    Costa Mesa, CA 92626-3093
10582886     +The Bradley Law Firm, L.L.C.,    Stark Bro's Nureries & Orchards Co.,
               2608 Georgia St. P.O. BX. 544,    Louisana, MO 63353-0544
10582887     +The Moore Store,    P.O. BX. 6147,    Carol Stream, IL 60197-6147
10582888     +Total Fire & Safety,    6808 Hobson Valley Dr.,    Woodridge, IL 60517-1449
10582889     +Transworld Systems,    The Moore Store,    25 Northwest Point Blvd. # 750,
               Elk Grove Vlg., IL 60007-1058
10582890     +Wachovia Platinum Plus,    P.O. BX. 15469,    Wilmington, DE 19886-5469
10582891     +Waste Management,    P.O. BX. 9001054,    Louisville, KY 40290-1054
10742655     +Waste Management RMC,    2421 W Peoria Ave,    Phoenix, AZ 85029-4944
10582892     +White Premimun,    135 S. Lasalle St.,    Chicago, IL 60674-0001
10582893     +White Sands Nursery,    P.O. BX. 968,    Plymouth, FL 32768-0968
10582894     +William M. McCue,    Kraemer's Nursery, Inc.,    P.O. BX. 5729,    Evanston, IL 60204-5729
10582895     +Wintzels Greenhouse,    5275 S. 1st  St.,    Kalamazoo, MI 49009-9429
10582896     +Wolke Greenhouse,    496 Co Rd. 275 E.,    Sigel, IL 62462-2026
10582897     +Wooden Shoe Greenhouse,    6032 144th Av.,    Holland, MI 49423-8823

The following entities were served by electronic transmission on Jan 03, 2008.
10582810     +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                                Com Ed,
               Bill Pymt Cntr,    Chicago, IL 60668-0001
10582856     +E-mail/Text: bankrup@nicor.com                                Nicor Gas,    P.O. BX. 310,
               Aurora, IL 60507-0310
                                                                                                 TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10611566      Lake Street Landscape Supply, LLC
10611568      Lake Street Landscape Supply, LLC
```

```
District/off: 0752-1          User: amcc7              Page 3 of 3              Date Rcvd: Jan 02, 2008
Case: 06-00913                Form ID: pdf002          Total Served: 131

aty*         +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
              Aurora, IL 60505-3338
10582782*     E L Fasel & Sons,   7 South 882 Camp Dean Rd,   Big Rock, IL   60511
                                                                                        TOTALS: 2, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 04, 2008**                              **Signature:**    *Joseph Speetjens*