UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| E. L. FASEL & SONS, | ) | No. 06 B 00913 |
| | ) | |
| Debtor(s). | ) | Judge Manuel Barbosa |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO: THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses, a copy of which is attached as Exhibit "A".

Trustee's Distribution Report is attached as Exhibit "B".

All checks have been cashed. Form II with a zero balance is attached as Exhibit "C".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

DATE: April 10, 2008            TRUSTEE

/s/ Charles J. Myler
Charles J. Myler

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| E. L. FASEL & SONS, | ) | No. 06 B 00913 |
| | ) | |
| Debtors. | ) | Judge Manuel Barbosa |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final request for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final request for the allowance of fees and expenses are allowed as follows;

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | | $8,377.30 |
| 2. | Trustee's expenses | | 177.63 |
| | | TOTAL | $8,554.93 |

IT IS FURTHER ORDERED that the request for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorneys for the Trustee | | |
| | a. Compensation | | $11,841.25 |
| | b. Expenses | | 0.00 |
| 2. | Accountants for the Trustee | | |
| | a. Compensation | | 0.00 |
| | b. Expenses | | 0.00 |
| 3. | Other professional: Auctioneer | | |
| | a. Compensation | | 750.00 |
| | b. Expenses | | 0.00 |
| | | TOTAL | $12,591.25 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED THIS _____ DAY OF _____, 2007.

FEB - 7 2008

MANUEL BARBOSA, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT
ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE


EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                            )        Chapter 7
                                  )
E. L. FASEL & SONS,               )        Case No. 06 B 00913
                                  )
          Debtor.                 )        Judge Manuel Barbosa

## DISTRIBUTION REPORT

I, Charles J. Myler, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $21,146.18 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $52,460.19 |
| General Unsecured Claims: | $29,209.36 |
| Other: | $0.00 |

TOTAL AMOUNT TO BE DISTRIBUTED:        $102,815.73



**DISTRIBUTION REPORT**

| **1. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $21,146.18 | 100 |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | Charles J. Myler, Trustee | $8,377.30 | $8,377.30 |
| | Charles J. Myler, Expenses | 177.63 | 177.63 |
| | Myler, Ruddy & McTavish | 11,841.25 | 11,841.25 |
| | All States Auctioneers Inc. | 750.00 | 750.00 |

| **2. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | | $ | $ |

| **3. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | | $ | $ |

| **4. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,000 (less applicable withholdings) | $0.00 | |

| **CLAIM NO.** | **CREDITOR** | **AMOUNT OF ALLOWED CLAIM** | **AMOUNT OF DIVIDEND** |
|---|---|---|---|
| | | $ | $ |

| **5. TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Plans | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
|---|---|---|
| **6. TYPE OF CLAIMS** §507(a)(5) - Farmers' and Fishermans' claims to the extent of $2,000 | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **7. TYPE OF CLAIMS** §507(a)(6) - Deposits by consumers to the extent of $900 | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **8. TYPE OF CLAIMS** §724(b) - Tax Liens | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **9. TYPE OF CLAIMS** §507(a)(7) - Tax claims excluding fines and penalties | TOTAL AMOUNT OF CLAIMS $52,460.19 | FINAL DIVIDEND % 100 |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
| 19. IRS | $42,463.19 | $42,463.19 |
| 41. IL Dept. of Revenue | $1,808.00 | $1,808.00 |
| 42. IL Dept. of Revenue | $8,189.00 | $8,189.00 |
| **10. TYPE OF CLAIMS** §507(a)(8) - Capital Commitments to FDIC, et al. | TOTAL AMOUNT OF CLAIMS $0.00 | FINAL DIVIDEND % |
| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM $ | AMOUNT OF DIVIDEND $ |
| **11. TYPE OF CLAIMS** §726(a)(2) - General Claims | TOTAL AMOUNT OF CLAIMS $630,309.25 | FINAL DIVIDEND % 4.985 |

(To be paid *pro-rata* after costs of administration and priority claims are paid in full)

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| 1. Lake St. Landscape Supply | $7,560.00 | $376.88 |
| 2. White Sands Nursery | $1,024.64 | $51.09 |
| 3. H.M. Buckley | $4,331.00 | $215.90 |
| 4. Great Western Bay | $7,840.45 | $390.85 |
| 5. Mid-American Growers | $17,838.99 | $889.28 |
| 6. McHutchison | $12,177.64 | $607.06 |
| 7. MBNA American Delaware | $16,951.24 | $845.03 |
| 8. BRK Nurseries | $1,914.95 | $95.46 |
| 9. Summerville Nursery | $6,512.78 | $324.67 |
| 10. Flora Pack Inc. | $6,814.60 | $339.71 |
| 11. BFG Supply Co. | $1,546.98 | $77.12 |
| 12. Agri Gold Inc. | $2,030.86 | $101.24 |
| 13. Poplar Farms | $14,156.56 | $705.71 |
| 14. Quality Gladiolis Gardens | $1,567.35 | $78.13 |
| 15. Solomon & Leadley | $4,403.43 | $219.51 |
| 16. Fairview Evergreen Nurseries | $9,485.49 | $472.86 |
| 17. Citgo | $2,293.34 | $114.32 |
| 18. Jeffrey W. Buckman | $180,901.75 | $9,018.05 |
| 19. IRS | $83,291.96 | $4,152.15 |
| 20. American Express Bank | $7,293.69 | $363.59 |
| 21. CNH Capital | $7,345.08 | $366.16 |
| 22. Sikich LLP | $3,615.00 | $180.21 |
| 23. Rambo Nurseries | $1,124.00 | $56.03 |
| 24. Bluff Creek Farm | $7,097.21 | $353.80 |
| 25. James M. Bolz | $828.11 | $41.28 |
| 26. Citibank USA | $8,975.84 | $447.45 |
| 27. Hinckley Auto Parts | $482.23 | $24.04 |
| 28. Keller & Runde | $23,597.93 | $1,176.37 |
| 29. Superior Diesel, Inc. | $674.17 | $33.61 |
| 30. Waste Management | $524.29 | $26.14 |
| 31. Fairview Evergreen Nurseries | $17,554.93 | $875.12 |
| 32. Flora Pack Inc. | $16,658.97 | $830.46 |
| 33. GE Capital Finance | $13,841.21 | $689.99 |
| 34. Horiculture Sales | $5,485.18 | $273.44 |
| 35. Gregory Floral | $12,784.79 | $637.33 |
| 36. Stark Bro's Nurseries | $4,662.73 | $232.44 |
| 37. John Henry Co. | $2,315.05 | $115.41 |
| 38. Armintrouts Nursery | $65,231.80 | $3,251.84 |
| 39 BA Florist & Nursery | $1,851.14 | $92.28 |
| 41. IL Dept. of Revenue | $213.00 | $10.62 |
| 42. IL Dept. of Revenue | $1,138.00 | $56.73 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims. | $44,370.89 | 0 |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| 40. Advanta Bank Corp. | $0.00 | $0 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest (___% from date of filing to anticipated date of distribution | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | |

| CLAIM NO. CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|
| | $ | $ |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 19 | IRS | $75,631.69 | Disallowed by court order; included in unsecured claims |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 8, 2008

/s/ Charles J. Myler
Charles J. Myler, Trustee, ARDC# 2008602

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-00913 5 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | E.L. FASEL & SONS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 36-2892705 | Account: | ***_*****64-65 - Money Market Account |
| Period Ending: | 04/10/08 | Blanket Bond: | $5,000,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|---|
| 04/04/07 | | First American Title Insurance Co. | Sale of 40+ assets | | | 102,283.62 | | 102,283.62 |
| | {16} | | 2004 Chevy Astro Van | 10,000.00 | 1129-000 | | | 102,283.62 |
| | Int | | interest on court ordered sale of assets | 7,283.62 | 1270-000 | | | 102,283.62 |
| | {15} | | 2000 Ford F350 van | 800.00 | 1129-000 | | | 102,283.62 |
| | {13} | | 1999 GMC | 2,500.00 | 1129-000 | | | 102,283.62 |
| | {9} | | 1994 Hino truck | 10,000.00 | 1129-000 | | | 102,283.62 |
| | {6} | | 1989 Isuzu truck | 5,000.00 | 1129-000 | | | 102,283.62 |
| | {19} | | Great Dane trailer | 500.00 | 1129-000 | | | 102,283.62 |
| | {8} | | Case tractor | 7,000.00 | 1129-000 | | | 102,283.62 |
| | {12} | | Kubota tractor | 3,000.00 | 1129-000 | | | 102,283.62 |
| | {8} | | 595 Case tractor | 7,000.00 | 1129-000 | | | 102,283.62 |
| | {22} | | Case tractor/mower | 2,000.00 | 1129-000 | | | 102,283.62 |
| | {23} | | Case tractor | 2,000.00 | 1129-000 | | | 102,283.62 |
| | {24} | | Grading blade | 100.00 | 1129-000 | | | 102,283.62 |
| | {29} | | Kubota tiller | 2,000.00 | 1129-000 | | | 102,283.62 |
| | {10} | | New Holland steer loader | 10,000.00 | 1129-000 | | | 102,283.62 |
| | {11} | | New Holland skid steer | 10,000.00 | 1129-000 | | | 102,283.62 |
| | {28} | | Kubota tractor/mower | 1,000.00 | 1129-000 | | | 102,283.62 |
| | {20} | | Bouldin shrub potter | 500.00 | 1129-000 | | | 102,283.62 |
| | {21} | | soil conveyor belt | 100.00 | 1129-000 | | | 102,283.62 |
| | {33} | | soil bag rack | 100.00 | 1129-000 | | | 102,283.62 |
| | {5} | | Gantry extension | 50.00 | 1129-000 | | | 102,283.62 |
| | {18} | | propane heaters | 150.00 | 1129-000 | | | 102,283.62 |
| | {3} | | fertilizer injectors | 100.00 | 1129-000 | | | 102,283.62 |
| | | | | | Subtotals : | $102,283.62 | $0.00 | |

{} Asset reference(s)  Printed: 04/10/2008 01:38 PM  V.10.03

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-00913 5 | | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- | --- |
| Case Name: | E.L. FASEL & SONS | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****64-65 - Money Market Account |
| Taxpayer ID #: | 36-2892705 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/10/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | {27} | | bailer and buckets | 500.00 | 1129-000 | | | 102,283.62 |
| | {2} | | Office furniture | 2,000.00 | 1129-000 | | | 102,283.62 |
| | {31} | | Nursery Inventory | 9,300.00 | 1129-000 | | | 102,283.62 |
| | {30} | | Misc. Inventory | 9,300.00 | 1129-000 | | | 102,283.62 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 38.23 | | 102,321.85 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 56.46 | | 102,378.31 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 52.84 | | 102,431.15 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 58.34 | | 102,489.49 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 56.55 | | 102,546.04 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 51.10 | | 102,597.14 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 60.26 | | 102,657.40 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 53.41 | | 102,710.81 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | | 1270-000 | 52.31 | | 102,763.12 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | | 1270-000 | 46.99 | | 102,810.11 |
| 02/08/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.3000% | | 1270-000 | 5.62 | | 102,815.73 |
| 02/08/08 | | To Account #*******6466 | Transfer to checking | | 9999-000 | | 102,815.73 | 0.00 |

| | ACCOUNT TOTALS | 102,815.73 | 102,815.73 | $0.00 |
| --- | --- | --- | --- | --- |
| | Less: Bank Transfers | 0.00 | 102,815.73 | |
| | Subtotal | 102,815.73 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $102,815.73 | $0.00 | |

{} Asset reference(s)  
Printed: 04/10/2008 01:38 PM   V.10.03

# Form 2
## Cash Receipts And Disbursements Record

Case Number: 06-00913 5
Case Name: E.L. FASEL & SONS
Taxpayer ID #: 36-2892705
Period Ending: 04/10/08

Trustee: CHARLES J. MYLER (330510)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****64-66 - Checking Account
Blanket Bond: $5,000,000.00   (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/08/08 | | From Account #********6465 | Transfer to checking | 9999-000 | 102,815.73 | | 102,815.73 |
| 03/07/08 | 101 | Charles J. Myler | Trustee fee | 2100-000 | | 8,377.30 | 94,438.43 |
| 03/07/08 | 102 | Charles J. Myler | Trustee expenses | 2200-000 | | 177.63 | 94,260.80 |
| 03/07/08 | 103 | Myler, Ruddy & McTavish | Attorneys for trustee fee | 3110-000 | | 11,841.25 | 82,419.55 |
| 03/07/08 | 104 | Department of the Treasury | FEIN 36-2892705 WT/FICA | 7100-000 | | 42,463.19 | 39,956.36 |
| 03/07/08 | 105 | IL Dept. of Revenue | Fed #36-2892705 | 7100-000 | | 1,808.00 | 38,148.36 |
| 03/07/08 | 106 | All States Auctioneers, Inc. | | 3610-000 | | 750.00 | 37,398.36 |
| 03/07/08 | 107 | IL Dept. of Revenue | Retailers Occupation/Use Tax ID0347-3775 | 7100-000 | | 8,189.00 | 29,209.36 |
| 03/07/08 | 108 | Lake Street Landscape Supply, LLC | | 7100-000 | | 376.88 | 28,832.48 |
| 03/07/08 | 109 | White Sands Nursery | Acct. 166506 | 7100-000 | | 51.09 | 28,781.39 |
| 03/07/08 | 110 | H.M. Buckley | | 7100-000 | | 215.90 | 28,565.49 |
| 03/07/08 | 111 | Great Western Bay | Acct. #5150 | 7100-000 | | 390.85 | 28,174.64 |
| 03/07/08 | 112 | Mid-American Growers Inc | | 7100-000 | | 889.28 | 27,285.36 |
| 03/07/08 | 113 | McHutchison | | 7100-000 | | 607.06 | 26,678.30 |
| 03/07/08 | 114 | MBNA America Delaware N A | Acct. #xxxx1418 | 7100-000 | | 845.03 | 25,833.27 |
| 03/07/08 | 115 | BRK Nurseries | Acct. #3200 | 7100-000 | | 95.46 | 25,737.81 |
| 03/07/08 | 116 | Summerville Nursery | Acct. #30989 | 7100-000 | | 324.67 | 25,413.14 |
| 03/07/08 | 117 | Flora Pack Incorporated | | 7100-000 | | 339.71 | 25,073.43 |
| 03/07/08 | 118 | BFG Supply Co. | | 7100-000 | | 77.12 | 24,996.31 |
| 03/07/08 | 119 | Agri Gold Inc. | | 7100-000 | | 101.24 | 24,895.07 |
| 03/07/08 | 120 | Poplar Farms | | 7100-000 | | 705.71 | 24,189.36 |
| 03/07/08 | 121 | Quality Gladiolis Gardens | | 7100-000 | | 78.13 | 24,111.23 |
| 03/07/08 | 122 | Solomon & Leadley | For Sawyer Nursery, Acct #20050542 | 7100-000 | | 219.51 | 23,891.72 |
| 03/07/08 | 123 | Fairview Evergreen Nurseries Inc | Acct. #0985 | 7100-000 | | 472.86 | 23,418.86 |
| 03/07/08 | 124 | Citgo | Acct. #131722266 | 7100-000 | | 114.32 | 23,304.54 |

Subtotals: $102,815.73    $79,511.19

{} Asset reference(s)    Printed: 04/10/2008 01:38 PM    V.10.03

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 06-00913 5 | Trustee: | CHARLES J. MYLER (330510) |
|---|---|---|---|
| Case Name: | E.L. FASEL & SONS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***_*****64-66 - Checking Account |
| Taxpayer ID #: | 36-2892705 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/10/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/07/08 | 125 | Jeffrey W. Buckman | Acct. #1008 | 7100-000 | | 9,018.05 | 14,286.49 |
| 03/07/08 | 126 | Department of the Treasury | FEIN 36-2892705  WT/FICA | 7100-000 | | 4,152.15 | 10,134.34 |
| 03/07/08 | 127 | American Express Bank FSB | Acct. #xxxx1003 | 7100-000 | | 363.59 | 9,770.75 |
| 03/07/08 | 128 | CNH Capital | Acct. #603518550360181 | 7100-000 | | 366.16 | 9,404.59 |
| 03/07/08 | 129 | Sikich LLP | Acct. #01-20180 | 7100-000 | | 180.21 | 9,224.38 |
| 03/07/08 | 130 | Rambo Nurseries | | 7100-000 | | 56.03 | 9,168.35 |
| 03/07/08 | 131 | Bluff Creek Farm | | 7100-000 | | 353.80 | 8,814.55 |
| 03/07/08 | 132 | James M. Bolz | Acct. #6071.0163 | 7100-000 | | 41.28 | 8,773.27 |
| 03/07/08 | 133 | Citibank (USA) NA | Acct. #192 009 606 0 | 7100-000 | | 447.45 | 8,325.82 |
| 03/07/08 | 134 | Hinckly Auto Parts | Acct. #1775 | 7100-000 | | 24.04 | 8,301.78 |
| 03/07/08 | 135 | Keller & Runde | | 7100-000 | | 1,176.37 | 7,125.41 |
| 03/07/08 | 136 | Superior Diesel Inc. | Acct. #1636-452316 | 7100-000 | | 33.61 | 7,091.80 |
| 03/07/08 | 137 | Waste Management RMC | Acct. #101-22920 | 7100-000 | | 26.14 | 7,065.66 |
| 03/07/08 | 138 | Fairview Evergreen Nurseries Inc | Acct. #20010165 | 7100-000 | | 875.12 | 6,190.54 |
| 03/07/08 | 139 | Flora Pack Inc | Acct. #20020780 | 7100-000 | | 830.46 | 5,360.08 |
| 03/07/08 | 140 | G E Capital Finance | Acct. #4024 | 7100-000 | | 689.99 | 4,670.09 |
| 03/07/08 | 141 | Horticulture Sales | | 7100-000 | | 273.44 | 4,396.65 |
| 03/07/08 | 142 | Gregory Floral | | 7100-000 | | 637.33 | 3,759.32 |
| 03/07/08 | 143 | Stark Bro's Nurseries & Orchards Co | Acct. #011096 | 7100-000 | | 232.44 | 3,526.88 |
| 03/07/08 | 144 | John Henry Company | Acct. #20050516 | 7100-000 | | 115.41 | 3,411.47 |
| 03/07/08 | 145 | Armintrouts Nursery | | 7100-000 | | 3,251.84 | 159.63 |
| 03/07/08 | 146 | B A Florist & Nursery Co. | | 7100-000 | | 92.28 | 67.35 |
| 03/07/08 | 147 | Illinois Department of Revenue | FEIN 36-2892705 Withholding | 5800-000 | | 10.62 | 56.73 |
| 03/07/08 | 148 | Illinois Department of Revenue | Retailers Occupation/Use ID#0347-3775 | 5800-000 | | 56.73 | 0.00 |

Subtotals : $0.00  $23,304.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 06-00913 5 | Trustee: | CHARLES J. MYLER (330510) |
| --- | --- | --- | --- |
| Case Name: | E.L. FASEL & SONS | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***_*****64-66 - Checking Account |
| Taxpayer ID #: | 36-2892705 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/10/08 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | ACCOUNT TOTALS | | 102,815.73 | 102,815.73 | $0.00 |
| | | | Less: Bank Transfers | | 102,815.73 | 0.00 | |
| | | | Subtotal | | 0.00 | 102,815.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $102,815.73 | |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***_*****64-65 | 102,815.73 | 0.00 | 0.00 |
| Checking # ***_*****64-66 | 0.00 | 102,815.73 | 0.00 |
| | $102,815.73 | $102,815.73 | $0.00 |

{} Asset reference(s)   Printed: 04/10/2008 01:38 PM   V.10.03